FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 0 2015

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## WESTERN (LITTLE ROCK) DIVISION

LIBERTARIAN PARTY OF ARKANSAS,                          **PLAINTIFFS**
KRISTIN VAUGHN, ROBERT CHRIS HAYES,
DEBRAH STANDIFORD, and MICHAEL PAKKO

VS.                            **NO. 4:15-CV-635-JM**

HONORABLE MARK MARTIN
in his official capacity as
Arkansas Secretary of State                             **DEFENDANT**

### DEFENDANT, HONORABLE MARK MARTIN'S
### ANSWER TO PLAINTIFFS' COMPLAINT;
### MOTION TO DISMISS; AND ALTERNATIVE,
### MOTION FOR JUDGMENT ON THE PLEADINGS

**Comes Now**, Defendant, Honorable Mark Martin, ("Defendant Secretary"), in his official

capacity as Arkansas Secretary of State, for his Answer to the "as-applied" challenge to certain

sections of the Arkansas Code as alleged in Plaintiffs' Complaint, and states:

1. Defendant Secretary admits the Libertarian Party of Arkansas, Kristin Vaughn, Robert

   Chris Hayes, Debrah Standiford, and Michael Pakko have brought an "as-applied"

   challenge to certain sections of the Arkansas Code in their lawsuit against Defendant

   Secretary in his official capacity.   The remaining allegations in the first unnumbered

   paragraph of the Complaint are denied.

### I. PARTIES PLAINTIFF

2. Defendant Secretary admits Libertarian Party of Arkansas is a newly-recognized political

   party in the State of Arkansas, as set forth on Exhibit 1 hereto (Affidavit of Leslie

Bellamy, Assistant Director of Elections for the State of Arkansas).  Defendant Secretary lacks sufficient information and belief as to the remaining allegations made in the first unnumbered paragraph of Section I of Plaintiffs' Complaint, and so denies those allegations.  Exhibit 1 is incorporated herein by reference as part of Defendant Secretary's Response.

3.  Defendant Secretary admits that Plaintiff Kristin Vaughn, was a registered voter in the State of Arkansas at the time of the filing of the Complaint but notes that registration status can change due to a variety of factors.  Defendant Secretary lacks sufficient information and belief as to Vaughn's registration status after the date of filing and so denies that she continues to be a registered voter on that basis. Defendant Secretary lacks sufficient information and belief as to the remaining allegations made in the second unnumbered paragraph of Section 1 of Plaintiffs' Complaint, and so denies those allegations.

4.  Defendant Secretary admits that Plaintiff Robert Chris Hayes, was a registered voter in the State of Arkansas at the time of the filing of the Complaint but notes that registration status can change due to a variety of factors.  Defendant Secretary lacks sufficient information and belief as to Hayes' registration status after the date of filing and so denies that he continues to be a registered voter on that basis.  Defendant Secretary lacks sufficient information and belief as to the remaining allegations made in the third unnumbered paragraph of Section 1 of Plaintiffs' Complaint, and so denies those allegations.

5.  Defendant Secretary admits that Plaintiff Debrah Standiford, was a registered voter in the State of Arkansas at the time of the filing of the Complaint but notes that registration

2

status can change due to a variety of factors.  Defendant Secretary lacks sufficient information and belief as to Standiford's registration status after the date of filing and so denies that she continues to be a registered voter on that basis.  Defendant Secretary lacks sufficient information and belief as to the remaining allegations made in the fourth unnumbered paragraph of Section 1 of Plaintiffs' Complaint, and so denies those allegations.

6.  Defendant Secretary admits that Plaintiff Michael Pakko, was a registered voter in the State of Arkansas at the time of the filing of the Complaint but notes that registration status can change due to a variety of factors.  Defendant Secretary lacks sufficient information and belief as to Pakko's registration status after the date of filing and so denies that he continues to be a registered voter on that basis. Defendant Secretary lacks sufficient information and belief as to the remaining allegations made in the fifth unnumbered paragraph of Section 1 of Plaintiffs' Complaint, and so denies those allegations.

7.  Defendant Secretary admits that all the named Plaintiffs were registered voters in the State of Arkansas at the time of the filing of the Complaint but notes that registration status can change due to a variety of factors.  Defendant Secretary lacks sufficient information and belief as to Plaintiffs' registration status after the date of filing and so denies that they continue to be registered voters on that basis.  Defendant Secretary lacks sufficient information and belief as to the remaining allegations made in the sixth unnumbered paragraph of Section 1 of Plaintiffs' Complaint, and so denies those allegations.

## II.  PARTIES DEFENDANT

8.  Defendant Secretary admits that he is the Secretary of State.  There are numerous legal
    conclusions made in the first paragraph of Section II of the Complaint, and those legal
    conclusions require no response.  To the extent that there are factual allegations made in
    the first unnumbered paragraph of Section II of the Complaint, Defendant Secretary
    denies those allegations.  Defendant Secretary specifically denies that he administers any
    election in the State of Arkansas and further denies that he administers the voter
    registration laws of the State of Arkansas. Defendant Secretary further denies that he has
    supervisory authority over all election official and officers of the County Boards of
    Election Commissioners.  Defendant Secretary further denies that he has the
    responsibility to promulgate, repeal, and modify such rules and regulations as he deems
    necessary to facilitate and assist in achieving and maintaining uniformity in the
    application, operation, and interpretation of the State and Federal election laws and a
    maximum degree of correctness, impartiality, and efficiency in administration of election
    laws.

9.  Defendant Secretary admits that his offices are in the Arkansas State Capitol Building,
    Suite 256, 500 Woodlane Avenue, Little Rock, Arkansas  72201.  Defendant Secretary
    denies the remaining allegations made in the second unnumbered paragraph of Section II
    of Plaintiffs' Complaint.


## III.  JURISDICTION AND VENUE

10. Defendant Secretary admits that venue is proper, although this Court does not have
    subject matter jurisdiction because Plaintiffs lack standing to bring the suit. Defendant

Secretary denies the remaining allegations made in the first unnumbered paragraph of Section III of the Complaint.

## IV.  CLAIMS OF PLAINTIFFS

11. The allegations made in the first unnumbered paragraph of Section IV of the Complaint state legal conclusions, and so no response is required. To the extent that there are factual allegations therein, Defendant Secretary admits that the Arkansas Code says what it says, and that it speaks for itself.  To the extent that there are other factual allegations in the first unnumbered paragraph of Section IV of the Complaint, Defendant Secretary denies those allegations.

## V.  SECTIONS OF THE ARKANSAS CODE

12. The allegations made in the first unnumbered paragraph of Section V of the Complaint state legal conclusions, and so no response is required.  To the extent that there are factual allegations therein, the Secretary denies those allegations.

13. Defendant Secretary admits the Arkansas Code says what it says, and that it speaks for itself; no response is required for legal conclusions asserted.  To the extent that there are factual allegations made in the second unnumbered paragraph of Section V of the Complaint, Defendant Secretary denies those allegations.

14. Defendant Secretary admits the Arkansas Code says what it says, and that it speaks for itself; no response is required for legal conclusions asserted.  To the extent that there are factual allegations made in the third unnumbered paragraph of Section V of the Complaint, Defendant Secretary denies those allegations.

15. Defendant Secretary admits the Arkansas Code says what it says, and that it speaks for itself; no response is required for legal conclusions asserted. To the extent that there are factual allegations made in the fourth unnumbered paragraph of Section V of the Complaint, Defendant Secretary denies those allegations.

16. Defendant Secretary admits the Arkansas Code says what it says, and that it speaks for itself; no response is required for legal conclusions asserted. To the extent that there are factual allegations made in the fifth unnumbered paragraph of Section V of the Complaint, Defendant Secretary denies those allegations.

## VI.  UNLABELED

17. The allegations made in the unnumbered first paragraph of Section VI of the Complaint state legal conclusions, and so no response is required. To the extent that there are factual allegations made in the first unnumbered paragraph of Section VI of the Complaint, Defendant Secretary denies those allegations.

18. The allegations made in second unnumbered of Section VI of the Complaint state legal conclusions, and so no response is required. To the extent that there are factual allegations made in the fifth unnumbered paragraph of Section VI of the Complaint, Defendant Secretary denies those allegations.

## VII.  UNLABELED

19. The allegations made in the first paragraph of Section VII of the Complaint state legal conclusions, and so no response is required. To the extent that there are factual

6

allegations made in the first unnumbered paragraph of Section VII of the Complaint,

Defendant Secretary denies those allegations.

## VIII. UNLABELED

20. The allegations made in the first unnumbered paragraph of Section VIII of the Complaint
    state legal conclusions, and so no response is required. To the extent that there are factual
    allegations made in the first unnumbered paragraph of Section VIII of the Complaint,
    Defendant Secretary denies those allegations.

21. The allegations made in the second unnumbered paragraph of Section VIII of the
    Complaint state legal conclusions, and so no response is required. To the extent that there
    are factual allegations made in the second unnumbered paragraph of Section VIII of the
    Complaint, Defendant Secretary denies those allegations. Defendant specifically denies
    that the nominating convention had to take place more than a year before the general
    election in 2016.

## IX. UNLABELED

22. The allegations made in the unnumbered paragraph of Section IX of the Complaint state
    legal conclusions, and so no response is required. To the extent that there are factual
    allegations made in the unnumbered paragraph of Section IX of the Complaint,
    Defendant Secretary denies those allegations.

## X. UNLABELED

23. The allegations made in the first unnumbered paragraph of Section X of the Complaint state legal conclusions, and so no response is required.  To the extent that there are factual allegations made in the first unnumbered paragraph of Section X of the Complaint, Defendant Secretary denies those allegations.

24. The allegations made in paragraph A of Section X of the Complaint state legal conclusions, and so no response is required. To the extent that there are factual allegations made in the paragraph A of Section X of the Complaint, Defendant Secretary denies those allegations.

25. The allegations made in paragraph B of Section X of the Complaint state legal conclusions, and so no response is required. To the extent that there are factual allegations made in paragraph B of Section X of the Complaint, Defendant Secretary denies those allegations.

## XI. UNLABELED

26. The allegations made in the unnumbered paragraph of Section XI of the Complaint state legal conclusions, and so no response is required. To the extent that there are factual allegations made in the unnumbered paragraph of Section XI of the Complaint, Defendant Secretary denies those allegations.

## XII. PLAINTIFFS' PRAYER FOR RELIEF

27. The allegations made in the prayer for relief section of the Complaint state legal conclusions, and so no response is required. To the extent that there are factual

allegations made in the prayer for relief Section of the Complaint, Defendant Secretary denies those allegations.  Defendant Secretary further denies that any of the named plaintiffs is entitled to any of the relief they seek in their Complaint.  Defendant Secretary denies the allegations and claims for relief in paragraph number 1 of the prayer for relief.

28. Defendant Secretary denies that any of the named plaintiffs is entitled to any of the relief they seek in paragraph 2 of their prayer for relief.

29. Defendant Secretary denies that any of the named plaintiffs is entitled to any of the relief they seek in paragraph 3 of their prayer for relief.

30. Defendant Secretary denies that any of the named plaintiffs are entitled to any of the relief they seek in paragraph 4 of their prayer for relief.

31. Defendant Secretary denies each and every material factual allegation made in the Complaint, unless explicitly admitted herein.

## XIII.  AFFIRMATIVE DEFENSES

**32.** Pleading affirmatively, Defendant states that Acts of the Arkansas General Assembly are entitled to a presumption of constitutionality.  The Affidavit of the Assistant Director of Elections, in support of these Affirmative Defenses is attached hereto, and incorporated herein.  **Exhibit 1.**  The candidates who filed for office with the Arkansas Secretary of State (i.e., state candidates), including all of those filing as Libertarian Party nominees, is attached hereto, and incorporated herein by reference in support of this response.  **Exhibit 2.**

33. Pleading affirmatively, Defendant Secretary states that Plaintiffs lack standing to bring the present action because there has been no harm to Plaintiffs caused by this Defendant.

34. Pleading affirmatively, Defendant Secretary states that there are insufficient allegations of causation as to the actions of Defendant Secretary that are the subject of Plaintiffs' Complaint.  Defendant Secretary denies that he caused any harm to Plaintiffs, or any of them.

35. Pleading affirmatively, Defendant Secretary states that there are insufficient allegations of proximate cause as to the actions of Defendant Secretary that are the subject of Plaintiffs' Complaint.  Defendant Secretary denies that he proximately caused any harm to Plaintiffs, or any of them.

36. Pleading affirmatively, Defendant Secretary states that Plaintiffs case concerning the November 2015 filing period is not capable of repetition, since Act 4 of 2015 – First Special Session - is only a temporary change, and will no longer be the law after the 2016 General Election.

37. Pleading affirmatively, Defendant Secretary states that Plaintiffs' case as to future deadlines (election cycles after 2016) is not ripe for review, as a different set of laws (previously codified) will go back into effect on and after January 1, 2017. Plaintiffs are in essence seeking adjudication over future events, with completely different allegations of "future harm" that may not even occur as anticipated by Plaintiffs.  Plaintiffs lack standing.

38. Pleading affirmatively, Plaintiffs' Complaint does not allege they have taken any action, other than the candidate filing by Plaintiff Chris Hayes, or have Plaintiffs been prohibited from taking any action, to become Libertarian candidates in the 2016 elections.   A significant number of Libertarians did successfully file to become candidates for the 2016

elections, including candidates for every federal office (except President and Vice President, so far), as shown on **Exhibit 2** hereto.

39. Pleading affirmatively, Defendant Secretary states that the remaining Plaintiffs (excepting Hayes) have failed to fulfill unchallenged statutory requirements to be placed on the ballot for the 2016 general election.  Deadlines to file political practices pledges, affidavits of eligibility, and notices of candidacy have passed, and Plaintiffs make no allegation in the Complaint that they have met – or attempted to meet - unchallenged statutory requirements, other than the candidate forms submitted by Plaintiff Chris Hayes.

40. Pleading affirmatively, Defendant Secretary states that the Court lacks subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

41. Pleading affirmatively, Defendant Secretary states that the Court lacks personal jurisdiction over Plaintiffs and Defendant, in anything other than his official capacity, pursuant to Federal Rule of Civil Procedure 12(b)(2).

42. Pleading affirmatively, Defendant Secretary states that Plaintiffs' Complaint fails to state sufficient facts upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

43. Pleading affirmatively, Defendant Secretary states that Plaintiff Libertarian Party submitted their petition to be recognized as a political party in Arkansas on or about June 2, 2015, as set forth on **Exhibit 1,** i.e., long before the statutory deadline at issue. Their submission was consistent with their previous petitions for previous elections; submitting their petition for the 2014 elections on or about October 15, 2013.

44. Pleading affirmatively, Defendant Secretary states that Plaintiffs acknowledged that nomination through the Party's Nominating Convention, the filing of the candidate's political practices pledge, affidavit of eligibility, and notice of candidacy, were required to be completed by the party filing period ending on Monday November 9, 2015, as set forth by the number of candidates certified to Secretary of State by the Libertarian Party. **Exhibit 2.**

45. Pleading affirmatively, Defendant Secretary states that pursuant to Article I §4, cl. 1, of the United States Constitution, the times, places and manned of holding elections for State Senators and Representatives is vested in the discretion of the State of Arkansas; the Libertarian Party already has a candidate in each federal race on the ballot in the State of Arkansas (except President and Vice President), and it appears that federal elections are not the subject of this Complaint.  Defendant asks Plaintiffs to make a more definite statement of their Complaint if they disagree with this assertion.  Fed. R. Civ. P. 12(e).

46. Pleading affirmatively, Defendant Secretary states the Court should dismiss the Complaint on the basis of sovereign immunity, pursuant to the Eleventh Amendment to the United States Constitution.

47. Pleading affirmatively, Defendant Secretary states the Court should dismiss the Complaint under the doctrine of state-court sovereign immunity, pursuant to Ark. Const. art. 5, § 20.

48. Pleading affirmatively, Defendant Secretary states the Court should dismiss the Complaint under the doctrine of sovereign immunity.

49. Pleading affirmatively, and in the alternative, Defendant Secretary states the Court should dismiss the Complaint under the doctrine of qualified immunity.

50. Pleading affirmatively, Defendant Secretary states that punitive damages are inappropriate against Defendant Secretary acting in his official capacity, and even in the rare instances where exemplary damages are awarded, such damages are still subject to limitations imposed by the Eighth Amendment to the United States Constitution and Supreme Court precedent under *BMW of North America, Inc. v. Gore*, 517 U.S. 559.

51. Pleading affirmatively, Defendant Secretary states that Plaintiffs are estopped from obtaining any of the relief they seek from this Court at this juncture, on the basis of collateral estoppel, judicial estoppel, equitable estoppel, and any other theory of estoppel recognized by state or federal law.

52. Pleading affirmatively, Defendant Secretary states that Plaintiffs are precluded from obtaining any relief from this Court at this juncture, as the relief they seek is now illegal under Arkansas law where Plaintiffs (except Hayes) failed to meet unchallenged statutory filing requirements.

53. Pleading affirmatively, Defendant Secretary states that Plaintiffs are precluded from obtaining any relief from this Court as a result of their own laches.

54. Pleading affirmatively, Defendant Secretary states that Plaintiffs are precluded from obtaining the relief they seek, as the statutory filing period for candidacies expired on November 9, 2015 at 12:00 noon for partisan candidates and Plaintiffs (excluding Hayes) had not met requirements for eligibility; that is effectively a statute of limitations on their action as to harm alleged in the 2016 cycle.

55. Pleading affirmatively, Defendant Secretary states that the successful filing by Plaintiff Hayes, and the other successful Libertarian Party candidate filings set forth on Exhibit 2,

demonstrate that Plaintiffs cannot meet their burden of proving that this Defendant caused them any harm during this election cycle (2016).

56. Pleading affirmatively, Defendant Secretary states that Plaintiffs could have held their Nominating Convention as late as the morning of November 9, 2015, i.e., less than one year prior to election day.

57. Pleading affirmatively, Defendant Secretary states that numerous other candidates filed their statutorily required forms with the Secretary of State, including nonpartisan judicial candidates, nonpartisan prosecutorial candidates, Independent candidates, write-in candidates, and seventeen (17) Libertarian Party candidates, as set forth on Exhibit 2.

58. Pleading affirmatively, Defendant Secretary pleads that Plaintiffs are precluded from obtaining relief by waiver, avoidance, and any other affirmative defense.

59. Pleading affirmatively, Defendant Secretary states the deadlines at issue are – among other reasons - narrowly tailored to advance the State's compelling interests in timely certifying new party candidates who wish to be placed in the ballot, allowing sufficient time for those who seek to challenge party petition signatures through litigation, and providing additional time to those who seek to promote ballot initiatives and independent candidate petitions to have signatures reviewed and litigation concluded prior to the new petition certification deadlines in view of the federal laws UOCAVA Act and MOVE Act.

60. Pleading affirmatively, Defendant states that there are competing First Amendment interests at stake and that the State of Arkansas has made legitimate policy choices – within its constitutional discretion - embodied in its ballot access requirements.

61. Pleading affirmatively, Defendant Secretary states that Arkansas changes to new political party filing deadlines are reasonable, politically neutral, regulations that merely have the effect of channeling expressive activity at the polls in light of competing interests at stake.

62. Pleading affirmatively, Defendant Secretary states that the State of Arkansas has legitimate administrative reasons for its ballot access deadlines.  Exhibit 1.

63. Pleading affirmatively, Defendant Secretary states that Arkansas' change in the applicable ballot access deadlines was necessary, among other reasons, to allow time to cast and verify certain signatures, and to allow time for signatures (and petitions) to be challenged through litigation.

64. Pleading affirmatively, Defendant Secretary states that Arkansas' change in the ballot access law was done – in part - in order to comply with applicable federal law, UOCAVA and MOVA Acts.

65. Pleading affirmatively, and in the alternative, Defendant Secretary states that there is no harm to Plaintiffs resulting from any early deadline, as Arkansas also has a one-year residency requirement for most offices, and that residency requirement must be met no later than election day, i.e., a provision of Arkansas law that is not challenged in the Complaint, but which is no less restrictive in its application.

66. Pleading affirmatively, Defendant Secretary states that on the face of the Complaint, Plaintiffs' Complaint is an "as-applied" challenge to themselves only, and consequently any remedy imposed by the Court must be limited to a remedy that would apply only to the named Plaintiffs herein, and no other persons.

67. Pleading affirmatively, Defendant Secretary states that Plaintiffs have made an election of remedies in their "as-applied" challenge, and cannot now elect different remedies than prayed in the Complaint.

68. Pleading affirmatively, Defendant Secretary states that Plaintiffs have failed to attach to their Complaint specific allegations of harm as to each of the named Plaintiffs, and that the lack of Affidavits and other supporting documentation is fatal to their Complaint.

69. Defendant Secretary of State asks the Court to dismiss the Complaint; in the alternative, to issue a Judgment in favor of Defendant on the Pleadings; in the alternative, to issue Judgment in favor of Defendant as a Matter of Law; to deny Plaintiffs any of the relief they seek against Defendant Secretary; in the alternative, that the Court limit any remedy to the narrowest remedy available that will address only the purported harm shown to have been caused to each individual Plaintiff, particularly, in their "as-applied" challenge; and that the Court take such additional action in favor of Defendant Secretary as is appropriate under the circumstances.


**MOTION TO DISMISS; and**
**ALTERNATIVE MOTION FOR JUDGMENT ON THE PLEADINGS**


**Comes Now**, Defendant, Arkansas Secretary of State Mark Martin ("Defendant Secretary"), in his official capacity as Arkansas Secretary of State, for his Motion to Dismiss, and for his alternative Motion for Judgment on the Pleadings, pursuant to Federal Rule of Civil Procedure 12, and incorporates the foregoing Affirmative Defenses, and states further:

70. The Court lacks subject matter jurisdiction because:

16

a.   Plaintiffs lack the standing to bring the suit.

b.   Plaintiffs fail to show an injury fairly traceable to the conduct of Defendant
Secretary that could be redressed by a favorable decision.

c.   Plaintiffs' cause of action concerning the November 2016 election cycle is not
capable of repetition due to the nature of Act 4 of 2015 (First Special Session) (a
temporary change in the law to take advantage of the interest in the presidential
primary elections) and consequently, the nature of their alleged harm.

d.   Plaintiffs' cause of action is not fairly traceable to actions of Defendant Secretary.

e.   Defendant Secretary is entitled to Sovereign Immunity.

f.   Defendant Secretary is entitled to Eleventh Amendment immunity under the
Constitution of the United States.

g.   Defendant Secretary is entitled to sovereign immunity under the Arkansas
Constitution as set forth above.

h.   Defendant Secretary is entitled to statutory immunity.

i.   Plaintiffs' challenge of the election laws affecting Plaintiffs effective after
December 31, 2016 are not ripe for review. There are far too many variables in
play between the filing of this suit and the next preferential party primary or
general election after December 31, 2016 when Act 4 of the First Special Session
of 2015 expires.

71. Alternatively, each cause of action by Plaintiffs should be dismissed for failure to state a
claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure
12(b)(6), for the reasons set forth above.

17

72. Alternatively, the Court should hold, as a matter of law, that Plaintiffs have failed to state a cause of action from which they can recover, pursuant to Federal Rule of Civil Procedure 12(c), for the reasons set forth above.

73. Defendant Secretary asks the Court to dismiss the Complaint for the reasons set forth in the Affirmative Defenses, and for the reasons set forth in the Motion, as set forth above; to deny Plaintiffs the relief they seek; to grant Defendant such additional relief to which he may be entitled under the circumstances; and to deny Plaintiffs any relief against Defendant Secretary.

74. Alternatively, Defendant Secretary submits (above) his responsive pleading to Plaintiffs' Complaint in the event the Court does not grant dismissal of the suit, pursuant to Federal Rule of Civil Procedure 12(b)(1) and Federal Rule of Civil Procedure 12(b)(6), or judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

*Wherefore*, and for the foregoing reasons, Defendant Secretary of State Mark Martin, in his official capacity, prays that this Court grant Defendant the relief he seeks herein; that the Court deny Plaintiffs any of the relief they seek; that the Court dismiss the Plaintiffs' Complaint; that the Court deny Plaintiffs any injunctive relief; in the alternative, that the Court limit any relief to Plaintiffs the specific declaratory relief requested, only upon strict proof presented by Plaintiffs; alternatively, that the Court limit any remedy to the narrowest possible remedy that would ameliorate any particularized harm caused to each Plaintiff, independently, on their "as-applied" challenge; that the Court deny Plaintiffs' their request for any costs, fees, or expenses; and that the Court grant Defendant such additional relief to which he may be entitled under the circumstances.

Dated this 10th day of December 2015.

Respectfully submitted,

HONORABLE MARK MARTIN
ARKANSAS SECRETARY OF STATE
In his Official Capacity, Defendant


By: _____
A.J. Kelly
General Counsel and
Deputy Secretary of State
PO Box 251570
Little Rock, AR  72225-1570
(501) 682-3401
Fax: (501) 682-1213


*Attorney for Defendant*
*Arkansas Secretary of State*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 10th day of December, 2015, I have served the foregoing (with 2 exhibits attached) via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF):

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810
Fax: (918) 583-8283

W. Whitfield Hyman
300 North 6th Street
Fort Smith, AR 72901
Fax: (479) 316-2252

_____
A.J. Kelly

## **AFFIDAVIT**

Comes now Affiant, Leslie Bellamy, duly deposed on oath, and states:

1. My name is Leslie Bellamy.

2. I am over the age of eighteen (18), am competent to make this affidavit, and know of no reason why I could not make this affidavit.

3. I am the Assistant Director of the Elections Department in the Office of the Arkansas Secretary of State, and I make this affidavit from my own personal knowledge.

4. The party filing period was a one week period that began at noon on Monday, November 2, 2015 and ended at noon Monday November 9, 2015, and this was the filing period applicable to the President of the United States, Arkansas Senior U.S. Senate seat, all four United States Congressional Districts, two Justice seats in the Arkansas Supreme Court, one of which is the Chief Justice to the Arkansas Supreme Court, all one hundred (100) House seats; one half of the state senate seats, as well as more than one hundred (100) State Circuit and District Judge positions in the State of Arkansas for the 2016 elections.

5. A new political party seeking recognition must have filed a petition with the Secretary of State. The petition must have contained the signatures of at least 10,000 registered voters in the State, no later than sixty (60) days before the party filing period commencing on November 2, 2015. Upon certification by the Secretary of State, a new political party is declared.

6. The Libertarian Party successfully petitioned to become a "new" political party on June 2, 2015; and their petition met legal requirements as certified by the Secretary of State on July 8, 2015.

7. A Person seeking to have his or her name placed on the ballot for the 2016 General Election as a candidate in a newly recognized party must have been nominated by the Party at its 2015 Nominating Convention pursuant to Arkansas Code Annotated §7-7-205(c)(2). That candidate must have also submitted a political practices pledge, an affidavit of eligibility, and a notice of candidacy by noon, November 9, 2015 with the appropriate official (Secretary of State for state and federal offices; County Clerk for county offices).

8. Kristin Vaughn failed to submit a political practices pledge, an affidavit of eligibility, or a notice of candidacy with the Secretary of State by the end of the party filing period ending on November 9, 2015.

9. Chris Hayes timely submitted a political practices pledge, an affidavit of eligibility, and a notice of candidacy with the Secretary of State on November 4, 2015, five (5) days before the party filing period ended on November 9, 2015.

**Exhibit 1**

10. Debrah Standiford failed to submit a political practices pledge, an affidavit of eligibility, or a notice of candidacy with the Secretary of State by the end of the party filing period ending on November 9, 2015.

11. Michael Pakko failed to submit a political practices pledge, an affidavit of eligibility, or a notice of candidacy with the Secretary of State by the end of the party filing period ending on November 9, 2015.

12. The deadline for Defendant Secretary of State to "certify" names of candidates (as having met all requirements and therefore to be included on the general election ballot) to the seventy-five (75) county board of election commissioners in the State was November 30, 2015.

13. The deadline for County Clerks to "certify" names of candidates (as having met all requirements and therefore to be included on the general election ballot) to its county board of election commissioners in each County of the State was also November 30, 2015.

14. Secretary of State did not certify the name of Kristin Vaughn to the counties for placement on the November 8, 2016 General Election Ballot as a Libertarian candidate because Kristin Vaughn failed to meet the filing requirements set forth in paragraph 6, above.

15. Chris Hayes met all of the filing requirements and on November 19, 2015, Secretary of State did certify his name to all applicable county boards of election commissioners for inclusion the November 8, 2016 General Election Ballot as an Libertarian candidate for U.S. Congress District 02.

16. Secretary of State did not certify the name of Debrah Standiford to the counties for placement on the November 8, 2016 General Election Ballot as a Libertarian candidate, because Debrah Standiford failed to meet the filing requirements set forth in paragraph 6, above.

17. Secretary of State did not certify the name of Michael Pakko to the counties for placement on the November 8, 2016 General Election Ballot as a Libertarian candidate because Michael Pakko failed to meet the filing requirements set forth in paragraph 6, above.

18. Aside from Chris Hayes, the Secretary of State additionally certified sixteen (16) other candidates as Libertarian Party candidates to the General Election ballot for 2016.

19. The Preferential Primary Election is March 1, 2016.

20. The General Primary Runoff Election is March 22, 2016.

21. The Secretary of State's Certification of names to the ballot was on November 19, 2015.

**Exhibit 1**

22. The 2016 General Election will take place on Election Day, November 8, 2016.

23. Deadlines for newly established parties were moved through Act 4 of the First Extraordinary Session of 2015. Act 4 was enacted with the purpose of moving the date of next year's primary elections so that the Arkansas primary election will take place at the same time as the primary elections in Alabama, Georgia, North Carolina, Tennessee, Texas, and Virginia, in an effort now called the "SEC Primary." The date of the preferential primary election was moved with the political desire to be part of the nominating process for Presidential candidates, that is, to ensure that Arkansas voters had a voice in the selection of party candidates for President.

24. Other elections taking place on the preferential primary election day were also moved to the newly established date in an effort to minimize the great costs associated with funding party primaries, as established by Arkansas Code Annotated § 7-7-201(a) and case law under *Republican Party v. Faulkner County*, 49 F.3d 1289 (8th Cir. 1995).

25. Exhibit 2 is a complete list of all the individuals who submitted the required forms with the Secretary of State by the end of the party filing period and were certified as candidates for their respective offices.

26. Further Affiant sayeth naught.


Leslie Bellamy
Assistant Director, Elections Division
Arkansas Secretary of State

State of Arkansas          )
                           )   ss:
County of Pulaski          )

On this 9th day of December, 2015, before me, the undersigned notary public, duly acting, personally appeared Leslie Bellamy well known or identified to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.


Brittany D. Garcia
Notary Public

My commission expires: 9-23-25

OFFICIAL SEAL - #12695521
**BRITTANY D. GARCIA**
NOTARY PUBLIC-ARKANSAS
PULASKI COUNTY
MY COMMISSION EXPIRES: 09-23-25

Page 3 of 3

**Exhibit 1**



ARKANSAS
# SECRETARY OF STATE
*Mark Martin*

Main Menu | By Contest | By Location | Voting In Arkansas | Candidate Info | Past Election Results

## *Candidate Information*

2016 Preferential Primary and Nonpartisan General Election

| Name | Position | Party | Filing Date |
|------|----------|-------|-------------|
| Dianne Curry | U.S. Congress District 02 | Democratic | 11/09/2015 |
| Jerry M. Rephan | State Representative District 25 | Democratic | 11/09/2015 |
| Irvin Camacho | State Representative District 89 | Democratic | 11/09/2015 |
| Nate Looney | State Representative District 58 | Democratic | 11/09/2015 |
| John Wolfe | U.S. President | Democratic | 11/09/2015 |
| Melissa Larkan Fults | State Representative District 27 | Democratic | 11/06/2015 |
| Roque "Rocky" De La Fuente | U.S. President | Democratic | 11/06/2015 |
| Susan Inman | State Representative District 32 | Democratic | 11/06/2015 |
| Frankie Gilliam | State Representative District 57 | Democratic | 11/06/2015 |
| Hunter Williams | State Representative District 54 | Democratic | 11/06/2015 |
| Kent Walker | State Representative District 38 | Democratic | 11/06/2015 |
| Susan K. McGaughey | State Representative District 81 | Democratic | 11/06/2015 |
| Representative Milton Nicks Jr. | State Representative District 50 | Democratic | 11/05/2015 |
| Dorothy Hall | State Representative District 10 | Democratic | 11/05/2015 |
| James Valentine | U.S. President | Democratic | 11/05/2015 |
| Senator Bruce Maloch | State Senate District 12 | Democratic | 11/05/2015 |
| Representative Monte Hodges | State Representative District 55 | Democratic | 11/05/2015 |
| Senator Bobby J. Pierce | State Senate District 27 | Democratic | 11/05/2015 |
| Martin J. O'Malley | U.S. President | Democratic | 11/04/2015 |
| Representative David Hillman | State Representative District 13 | Democratic | 11/04/2015 |
| Bob G. Ware | State Representative District 11 | Democratic | 11/04/2015 |
| Justice of the Peace Richard Bright | State Representative District 18 | Democratic | 11/04/2015 |
| Hillary Clinton | U.S. President | Democratic | 11/04/2015 |
| Floyd M. Thomas Jr. | State Representative District 7 | Democratic | 11/03/2015 |
| Representative Scott Baltz | State Representative District 61 | Democratic | 11/03/2015 |
| State Representative Bob Johnson | State Representative District 42 | Democratic | 11/03/2015 |
| Bill Rahn | State Representative District 39 | Democratic | 11/03/2015 |
| Representative John W. Walker | State Representative District 34 | Democratic | 11/03/2015 |
| State Representative Warwick Sabin | State Representative District 33 | Democratic | 11/03/2015 |
| State Rep. Shelia E. Lampkin | State Representative District 9 | Democratic | 11/03/2015 |
| Will Bond | State Senate District 32 | Democratic | 11/03/2015 |
| Representative Steve Magie | State Representative District 72 | Democratic | 11/02/2015 |
| Eddie L. Armstrong III | State Representative District 37 | Democratic | 11/02/2015 |
| State Repersenatative Clarke Tucker | State Representative District 35 | Democratic | 11/02/2015 |
| Representative Deborah Ferguson | State Representative District 51 | Democratic | 11/02/2015 |
| Joe Jett | State Representative District 56 | Democratic | 11/02/2015 |
| Representative Chris Richey | State Representative District 12 | Democratic | 11/02/2015 |
| David Burnett | State Senate District 22 | Democratic | 11/02/2015 |
| Victoria Leigh | State Representative District 38 | Democratic | 11/02/2015 |
| State Representative Michael John Gray | State Representative District 47 | Democratic | 11/02/2015 |
| Lesa Wolfe Crowell | State Representative District 73 | Democratic | 11/02/2015 |
| Representative Vivian Flowers | State Representative District 17 | Democratic | 11/02/2015 |
| Joe Woodson | State Senate District 34 | Democratic | 11/02/2015 |
| Conner Eldridge | U.S. Senate | Democratic | 11/02/2015 |
| Bernie Sanders | U.S. President | Democratic | 11/02/2015 |
| Rep. Reginald Murdock | State Representative District 48 | Democratic | 11/02/2015 |

**EXHIBIT 2**

| Name | Office | Party | Date |
|---|---|---|---|
| George B. McGill | State Representative District 78 | Democratic | 11/02/2015 |
| State Representative Fred Love | State Representative District 29 | Democratic | 11/02/2015 |
| Representative Charles Blake | State Representative District 36 | Democratic | 11/02/2015 |
| Representative Kenneth B. Ferguson | State Representative District 16 | Democratic | 11/02/2015 |
| Jeffrey R. Wardlaw | State Representative District 8 | Democratic | 11/02/2015 |
| Senator Eddie L. Cheatham | State Senate District 26 | Democratic | 11/02/2015 |
| Fred Allen | State Representative District 30 | Democratic | 11/02/2015 |
| Grimsley Graham | State Representative District 94 | Democratic | 11/02/2015 |
| State Rep. David Fielding | State Representative District 5 | Democratic | 11/02/2015 |
| Fonda F. Hawthorne | State Representative District 4 | Democratic | 11/02/2015 |
| George Overbey Jr. | State Representative District 69 | Democratic | 11/02/2015 |
| State Representative David Whitaker | State Representative District 85 | Democratic | 11/02/2015 |
| Representative Brent Talley | State Representative District 3 | Democratic | 11/02/2015 |
| State Representative Marshall Wright | State Representative District 49 | Democratic | 11/02/2015 |
| Rep. Greg Leding | State Representative District 86 | Democratic | 11/02/2015 |
| St. Representative Charles L. Armstrong | State Representative District 30 | Democratic | 11/02/2015 |
| State Senator Stephanie Flowers | State Senate District 25 | Democratic | 11/02/2015 |
| State Representative Camille Bennett | State Representative District 14 | Democratic | 11/02/2015 |
| Garry L. Smith | State Representative District 7 | Democratic | 11/02/2015 |
| Representative Mark D. McElroy | State Representative District 11 | Democratic | 11/02/2015 |
| Rep. James Ratliff | State Representative District 60 | Democratic | 11/02/2015 |
| Henry T. Nielson | State Representative District 20 | Independent | 11/09/2015 |
| Glenn Glover | State Representative District 7 | Independent | 11/09/2015 |
| Kyle Adams | State Representative District 83 | Libertarian | 11/06/2015 |
| Grant Brand | State Representative District 95 | Libertarian | 11/06/2015 |
| Cecil Anderson | State Representative District 3 | Libertarian | 11/06/2015 |
| Mark West | U.S. Congress District 01 | Libertarian | 11/05/2015 |
| Wayne Willems | State Representative District 15 | Libertarian | 11/05/2015 |
| Glen Schwarz | State Representative District 29 | Libertarian | 11/04/2015 |
| Jacob A. Mosier | State Senate District 32 | Libertarian | 11/04/2015 |
| Chris Hayes | U.S. Congress District 02 | Libertarian | 11/04/2015 |
| Kerry Hicks | U.S. Congress District 04 | Libertarian | 11/02/2015 |
| Michael J. Kalagias | State Representative District 96 | Libertarian | 11/02/2015 |
| Stephen Edwards | State Representative District 77 | Libertarian | 11/02/2015 |
| Nathan LaFrance | U.S. Congress District 03 | Libertarian | 11/02/2015 |
| Elvis Presley | State Senate District 26 | Libertarian | 11/02/2015 |
| Frank Gilbert | U.S. Senate | Libertarian | 11/02/2015 |
| Christopher Olson | State Representative District 61 | Libertarian | 11/02/2015 |
| Garry Baker | State Representative District 44 | Libertarian | 11/02/2015 |
| Michael Williams | State Representative District 33 | Libertarian | 11/02/2015 |
| Clark W. Mason | State Supreme Court Associate Justice Position 5 | Non Partisan Judicial | 11/09/2015 |
| Christopher D. Brockett | Franklin County District Court Ozark | Non Partisan Judicial | 11/09/2015 |
| James L. Williams II | Circuit Judge, District 11-West, Division 01, Subdistrict 11.1 | Non Partisan Judicial | 11/09/2015 |
| Judge Rita Bailey | State District Court District 31, Jacksonville/Maumelle | Non Partisan Judicial | 11/09/2015 |
| Robert E. Kinchen | Circuit Judge, District 01, Division 4, Subdistrict 1.1 | Non Partisan Judicial | 11/06/2015 |
| Judge Mark Leverett | State District Court District 31, Little Rock 3 | Non Partisan Judicial | 11/06/2015 |
| Judge Milas "Butch" Hale III | State District Court District 31, Sherwood | Non Partisan Judicial | 11/06/2015 |
| Judge Dan Kemp | State Supreme Court Chief Justice Position 1 | Non Partisan Judicial | 11/06/2015 |
| Phyllis Worley | State District Court District 23, Division 2 | Non Partisan Judicial | 11/06/2015 |
| James McMenis | Court of Appeals Associate Judge District 05 | Non Partisan Judicial | 11/06/2015 |
| Judge Alice Gray | Circuit Judge, District 06, Division 12, Subdistrict 6.1 | Non Partisan Judicial | 11/05/2015 |
| Chalk S. Mitchell | Circuit Judge, District 01, Division 4, Subdistrict 1.1 | Non Partisan Judicial | 11/05/2015 |
| Becky Arnold Jones | Columbia County District Court | Non Partisan Judicial | 11/05/2015 |

| | | | |
|---|---|---|---|
| Judge Leon Johnson | Circuit Judge, District 06, Division 01, Subdistrict 6.1 | Non Partisan Judicial | 11/05/2015 |
| Jamaal "Jay" Walker | State District Court District 22 | Non Partisan Judicial | 11/05/2015 |
| Dianna Hewitt Ladd | Circuit Judge, District 12, Division 03 | Non Partisan Judicial | 11/05/2015 |
| Pulaski District Judge Wayne Gruber | State District Court District 31, Pulaski | Non Partisan Judicial | 11/05/2015 |
| E. Dion Wilson | Circuit Judge, District 01, Division 01, Subdistrict 1.1 | Non Partisan Judicial | 11/05/2015 |
| Casey D. Copeland | State District Court District 2, Division 2 | Non Partisan Judicial | 11/05/2015 |
| Prosecuting Attorney Cody Hiland | Court of Appeals Associate Judge District 02, Position 02 | Non Partisan Judicial | 11/04/2015 |
| Tonya Alexander | Circuit Judge, District 02, Division 06, Subdistrict 2.1 | Non Partisan Judicial | 11/04/2015 |
| Judge Jeff Conner | State District Court District 1, Division 4 | Non Partisan Judicial | 11/04/2015 |
| Court of Appeals Judge Waymond Brown | Court of Appeals Associate Judge District 07 | Non Partisan Judicial | 11/04/2015 |
| Job Serebrov | Court of Appeals Associate Judge District 05 | Non Partisan Judicial | 11/04/2015 |
| Mark Klappenbach | Court of Appeals Associate Judge District 05 | Non Partisan Judicial | 11/04/2015 |
| Curtis Walker Jr. | Circuit Judge, District 02, Division 06, Subdistrict 2.1 | Non Partisan Judicial | 11/04/2015 |
| Judge Alice F. Lightle | State District Court District 31, Little Rock 1 | Non Partisan Judicial | 11/03/2015 |
| Lorie Whitby | State District Court District17 | Non Partisan Judicial | 11/04/2015 |
| Court of Appeals Judge Rita W. Gruber | Court of Appeals Associate Judge District 06, Position 01 | Non Partisan Judicial | 11/03/2015 |
| Judge Bill Storey | State District Court District 2, Division 4 | Non Partisan Judicial | 11/03/2015 |
| Kent Tester | State District Court District 9, Division 2 | Non Partisan Judicial | 11/04/2015 |
| Judge Shannon Langston | State District Court District 18, Chickasawba | Non Partisan Judicial | 11/03/2015 |
| Ray Spruell | Franklin County District Court Ozark | Non Partisan Judicial | 11/03/2015 |
| Judge Leon N. Jamison | Circuit Judge, District 11-West, Division 04, Subdistrict 11.1 | Non Partisan Judicial | 09/15/2015 |
| Judge Keith Blackman | State District Court District 19, Division 1 | Non Partisan Judicial | 09/11/2015 |
| Judge Mark R. Johnson | Sharp County District Court | Non Partisan Judicial | 11/03/2015 |
| Judge Teresa Hallum Smith | Lonoke County District Court South | Non Partisan Judicial | 11/03/2015 |
| Judge Randy Morley | State District Court District 31, North Little Rock2 | Non Partisan Judicial | 11/03/2015 |
| Phillip Green | State District Court District 29, Division 3 | Non Partisan Judicial | 11/03/2015 |
| John Flynn | Lonoke County District Court North | Non Partisan Judicial | 11/03/2015 |
| Judge Durwood W. King | State District Court District 22 | Non Partisan Judicial | 11/03/2015 |
| Judge Shawn A. Womack | State Supreme Court Associate Justice Position 5 | Non Partisan Judicial | 11/02/2015 |
| Barbara Ann Griffin | Jackson County District Court | Non Partisan Judicial | 11/02/2015 |
| Richard Lusby | Circuit Judge, District 02, Division 02, At Large | Non Partisan Judicial | 11/02/2015 |
| State Supreme Court Justice Courtney Goodson | State Supreme Court Chief Justice Position 1 | Non Partisan Judicial | 11/02/2015 |
| Judge Annie Powell Hendricks | Circuit Judge, District 12, Division 02 | Non Partisan Judicial | 11/02/2015 |
| Judge David B. Switzer | Garland County District Court Department 1, At Large | Non Partisan Judicial | 11/02/2015 |
| District Judge Sherry Burnett | State District Court District 33 | Non Partisan Judicial | 11/02/2015 |

| Judge Wendell Griffen | Circuit Judge, District 06, Division 05, Subdistrict 6.1 | Non Partisan Judicial | 11/02/2015 |
|---|---|---|---|
| Judge Dennis C. Sutterfield | Circuit Judge, District 05, Division 04 | Non Partisan Judicial | 11/02/2015 |
| Senator David Johnson | State District Court District 31, Jacksonville/Maumelle | Non Partisan Judicial | 11/02/2015 |
| Judge Joanna Taylor | Circuit Judge, District 04, Division 07 | Non Partisan Judicial | 11/02/2015 |
| John D. Lightfoot | State District Court District 35 | Non Partisan Judicial | 09/11/2015 |
| David S. Biondolillo | Cross County District Court | Non Partisan Judicial | 09/16/2015 |
| Judge Kim Bridgforth | State District Court District 29, Division 1 | Non Partisan Judicial | 09/16/2015 |
| Judge Joe O'Bryan | Lonoke County District Court North | Non Partisan Judicial | 09/16/2015 |
| Judge Susan K. Weaver | State District Court District 9, Division 2 | Non Partisan Judicial | 09/16/2015 |
| David Kueter Boling | State District Court District 19, Division 1 | Non Partisan Judicial | 09/16/2015 |
| Clinton (Casey) Jones | State District Court District 2, Division 3 | Non Partisan Judicial | 09/16/2015 |
| Brian K. Mueller | Logan County District Court South | Non Partisan Judicial | 09/16/2015 |
| Judge Adam G. Weeks | Lawrence County District Court | Non Partisan Judicial | 09/16/2015 |
| Judge David L. Reynolds | State District Court District 9, Division 1 | Non Partisan Judicial | 09/16/2015 |
| Michelle Lawrence | Prosecuting Attorney, District 18-East | Non Partisan Judicial | 09/16/2015 |
| Chris Flanagin | State District Court District 3 | Non Partisan Judicial | 09/16/2015 |
| Judge Jeremy Bueker | Arkansas County District Court North | Non Partisan Judicial | 09/16/2015 |
| Judge Reid Harrod | State District Court District 26 | Non Partisan Judicial | 09/16/2015 |
| Judge Tony Yocom | State District Court District 38 | Non Partisan Judicial | 09/16/2015 |
| Paula Juels Jones | State District Court District 31, North Little Rock 1 | Non Partisan Judicial | 09/15/2015 |
| Judge Hamilton H. Singleton | Circuit Judge, District 13, Division 01 | Non Partisan Judicial | 09/15/2015 |
| Judge Jeff Harper | State District Court District 2, Division 1 | Non Partisan Judicial | 09/15/2015 |
| John Burnett | State District Court District 8 | Non Partisan Judicial | 09/15/2015 |
| District Judge Chaney Taylor | State District Court District 14 | Non Partisan Judicial | 09/15/2015 |
| Judge Daniel D. Ives | Ouachita County District Court East Camden | Non Partisan Judicial | 09/15/2015 |
| Judge Steve Routon | State District Court District 25 | Non Partisan Judicial | 09/15/2015 |
| Donald Goodner | Scott County District Court | Non Partisan Judicial | 09/15/2015 |
| Judge Jim Short | Fulton County District Court | Non Partisan Judicial | 09/15/2015 |
| Jack Barker | State District Court District 35 | Non Partisan Judicial | 09/14/2015 |
| Judge Teresa French | Circuit Judge, District 10, Division 05, At Large | Non Partisan Judicial | 09/14/2015 |
| Jacob L. Newton | Stone County District Court | Non Partisan Judicial | 09/14/2015 |
| Lee B. Warden | State District Court District 35 | Non Partisan Judicial | 09/16/2015 |
| Judge Ron Hunter | State District Court District 20 | Non Partisan Judicial | 09/14/2015 |
| Judge B. Park Eldridge, Jr. | Arkansas County District Court South | Non Partisan Judicial | 09/14/2015 |
| T. David Carruth | Monroe County District Court Clarendon | Non Partisan Judicial | 09/16/2015 |

| | | | |
|---|---|---|---|
| Judge John C. Throesch | Randolph County District Court | Non Partisan Judicial | 09/14/2015 |
| Judge Mark Derrick | State District Court District 23, Division 2 | Non Partisan Judicial | 09/14/2015 |
| Judge Mark Pate | State District Court District 23, Division 1 | Non Partisan Judicial | 09/14/2015 |
| Tommy Fowler | State District Court District 19, Division 2 | Non Partisan Judicial | 09/14/2015 |
| Judge Sara M. Sawyer-Hartness | State District Court District 28 | Non Partisan Judicial | 09/14/2015 |
| Jessica Steel Gunter | Howard County District Court | Non Partisan Judicial | 09/11/2015 |
| Mike Smith | Cross County District Court | Non Partisan Judicial | 09/14/2015 |
| Don McSpadden | Circuit Judge, District 16, Division 02 | Non Partisan Judicial | 09/14/2015 |
| Judge Len W. Bradley | Johnson County District Court | Non Partisan Judicial | 09/16/2015 |
| Manya K. Wood | Sevier County District Court | Non Partisan Judicial | 09/11/2015 |
| Phil Milligan | Circuit Judge, District 12, Division 03 | Non Partisan Judicial | 09/16/2015 |
| Dale Lipsmeyer | Conway County District Court | Non Partisan Judicial | 09/11/2015 |
| Jim O'Hern | State District Court District 6, Fort Smith 1 | Non Partisan Judicial | 09/14/2015 |
| Alex Guynn | Circuit Judge, District 11-West, Division 01, Subdistrict 11.1 | Non Partisan Judicial | 09/16/2015 |
| Vince Guest | Cross County District Court | Non Partisan Judicial | 09/16/2015 |
| Judge Paul Bridges | State District Court District 1, Division 1 | Non Partisan Judicial | 09/11/2015 |
| District Judge Andy Gill | Perry County District Court | Non Partisan Judicial | 09/16/2015 |
| Judge Stephen Thomas | State District Court DIstrict 1, Division 3 | Non Partisan Judicial | 09/11/2015 |
| Judge John W. Martin | Monroe County District Court Brinkley | Non Partisan Judicial | 09/11/2015 |
| Judge Dale Ramsey | State District Court District 3 | Non Partisan Judicial | 09/16/2015 |
| Judge Ronnie A. Phillips | State District Court District 34 | Non Partisan Judicial | 09/11/2015 |
| Judge L. Wren Autrey | State District Court District 37 | Non Partisan Judicial | 09/11/2015 |
| Judge Jason Duffy | State District Court District 10 | Non Partisan Judicial | 09/11/2015 |
| William Harry McKimm | Montgomery County District Court | Non Partisan Judicial | 09/14/2015 |
| Judge Dan Stidham | State District Court District17 | Non Partisan Judicial | 09/16/2015 |
| Judge Ray Bunch | State District Court District 1, Division 2 | Non Partisan Judicial | 09/11/2015 |
| Judge John C. Finley III | Little River County District Court | Non Partisan Judicial | 09/11/2015 |
| Judge Laurie A. Bridewell | State District Court District 27 | Non Partisan Judicial | 09/14/2015 |
| Judge Michael Landers | Circuit Judge, District 13, Division 02 | Non Partisan Judicial | 09/17/2015 |
| Vicky Bussey Cooper | State District Court District 35 | Non Partisan Judicial | 09/17/2015 |
| Don Bourne, District Ct. Judge | State District Court District 8 | Non Partisan Judicial | 09/11/2015 |
| Judge Phillip J. Foster | Ouachita County District Court Camden, At Large | Non Partisan Judicial | 09/11/2015 |
| Judge David L. Rush | Logan County District Court North | Non Partisan Judicial | 09/11/2015 |
| Judge Bruce Anderson | State District Court District 28 | Non Partisan Judicial | 09/14/2015 |
| Clint McGue | Lonoke County District Court North | Non Partisan Judicial | 09/17/2015 |

| Judge David Copelin | Clay County District Court | Non Partisan Judicial | 09/17/2015 |
|---|---|---|---|
| District Judge Fred Thorne | State District Court District 21 | Non Partisan Judicial | 09/11/2015 |
| Judge Fred Kirkpatrick | State District Court District 4 | Non Partisan Judicial | 09/17/2015 |
| Paul A. Efurd | Franklin County District Court Charleston | Non Partisan Judicial | 09/11/2015 |
| Judge Stephanie Casady | State District Court District 32, Division 2 | Non Partisan Judicial | 09/11/2015 |
| Ralph Ohm | Garland County District Court Department 2, At Large | Non Partisan Judicial | 09/17/2015 |
| Judge Claire Borengasser | State District Court District 6, Fort Smith 3 | Non Partisan Judicial | 09/10/2015 |
| Judge David P. Saxon | State District Court District 6, Fort Smith 1 | Non Partisan Judicial | 09/10/2015 |
| Judge Ben Beland | State District Court District 6, Fort Smith 2 | Non Partisan Judicial | 09/10/2015 |
| John L. Kearney | State District Court District 29, Division 2 | Non Partisan Judicial | 09/16/2015 |
| LeAnne Daniel | Pike County District Court | Non Partisan Judicial | 09/10/2015 |
| Judge Billy J. Hubbell | State District Court District 26 | Non Partisan Judicial | 09/10/2015 |
| Judge Mike Murphy | Court of Appeals Associate Judge District 02, Position 02 | Non Partisan Judicial | 09/17/2015 |
| Judge Lance Wright | State District Court District 13 | Non Partisan Judicial | 09/11/2015 |
| Judge Randy L. Hill | State District Court District 40 | Non Partisan Judicial | 09/11/2015 |
| District Judge Michael Wagoner | State District Court District 6, Greenwood | Non Partisan Judicial | 09/11/2015 |
| Shannon L. Blatt | Circuit Judge, District 12, Division 03 | Non Partisan Judicial | 09/10/2015 |
| P. Luevonda Ross | Circuit Judge, District 10, Division 04, Subdistrict 10.1 | Non Partisan Judicial | 09/10/2015 |
| Melinda French | State District Court District 27 | Non Partisan Judicial | 09/10/2015 |
| Scott Willhite | State District Court District 19, Division 2 | Non Partisan Judicial | 09/10/2015 |
| Judge David E. Miller | Izard County District Court | Non Partisan Judicial | 09/10/2015 |
| Donald Betterton | State District Court District 18, Osceola | Non Partisan Judicial | 09/10/2015 |
| Charles "Chuck" Baker | State District Court District 5 | Non Partisan Judicial | 09/10/2015 |
| David C. Graham | Columbia County District Court | Non Partisan Judicial | 09/10/2015 |
| District Judge Mike Robinson | State District Court District 32, Division 1 | Non Partisan Judicial | 09/10/2015 |
| Donald E. Knapp, Jr. | State District Court District 22 | Non Partisan Judicial | 09/10/2015 |
| Mark F. Cooper | State District Court District 10 | Non Partisan Judicial | 09/10/2015 |
| Danny Thrailkill | Polk County District Court | Non Partisan Judicial | 09/10/2015 |
| City Attorney Althea Hadden-Scott | Circuit Judge, District 11-West, Division 01, Subdistrict 11.1 | Non Partisan Judicial | 09/10/2015 |
| Judge Vic Fleming | State District Court District 31, Little Rock 2 | Non Partisan Judicial | 09/10/2015 |
| Judge Graham H. Nations | State District Court District 2, Division 2 | Non Partisan Judicial | 09/10/2015 |
| Chris M. Griffin | State District Court District 1, Division 1 | Non Partisan Judicial | 09/10/2015 |
| Congressman Bruce Westerman | U.S. Congress District 04 | Republican | 11/09/2015 |
| Representative Lance Eads | State Senate District 7 | Republican | 11/09/2015 |
| Phillip Humbard | State Representative District 88 | Republican | 11/09/2015 |
| Rand Paul | U.S. President | Republican | 11/09/2015 |
| Bobby Jindal | U.S. President | Republican | 11/09/2015 |

| | | | |
|---|---|---|---|
| Clint Penzo | State Representative District 88 | Republican | 11/09/2015 |
| Debra M. Hobbs | State Representative District 94 | Republican | 11/09/2015 |
| Phillip Finch | State Representative District 63 | Republican | 11/09/2015 |
| John Arthur Hammerschmidt | State Representative District 98 | Republican | 11/09/2015 |
| Brock Olree | U.S. Congress District 02 | Republican | 11/09/2015 |
| Curtis Coleman | U.S. Senate | Republican | 11/09/2015 |
| Patrick Thomas | State Representative District 42 | Republican | 11/09/2015 |
| Austin McCollum | State Representative District 95 | Republican | 11/09/2015 |
| Senator John Boozman | U.S. Senate | Republican | 11/09/2015 |
| Rick Santorum | U.S. President | Republican | 11/09/2015 |
| Isaac Foley | State Representative District 88 | Republican | 11/09/2015 |
| Ronnie C. Spence | State Representative District 57 | Republican | 11/09/2015 |
| Congressman Rick Crawford | U.S. Congress District 01 | Republican | 11/09/2015 |
| Lindsey Graham | U.S. President | Republican | 11/06/2015 |
| Sonia Eubanks Barker | State Representative District 7 | Republican | 11/06/2015 |
| Congressman Steve Womack | U.S. Congress District 03 | Republican | 11/06/2015 |
| Carly Fiorina | U.S. President | Republican | 11/06/2015 |
| Senator Jonathan Dismang | State Senate District 28 | Republican | 11/06/2015 |
| Representative Lane Jean | State Representative District 2 | Republican | 11/06/2015 |
| Shannon L. Taylor | State Representative District 72 | Republican | 11/05/2015 |
| Jim A. Hall | State Representative District 9 | Republican | 11/05/2015 |
| Chris L. Steplock | State Representative District 66 | Republican | 11/05/2015 |
| Representative Jim Sorvillo | State Representative District 32 | Republican | 11/05/2015 |
| Representative Mary Bentley | State Representative District 73 | Republican | 11/05/2015 |
| Jimmy Gazaway | State Representative District 57 | Republican | 11/05/2015 |
| Senator Eddie Joe Willams | State Senate District 29 | Republican | 11/05/2015 |
| Representative Kim Hendren | State Representative District 92 | Republican | 11/05/2015 |
| Congressman French Hill | U.S. Congress District 02 | Republican | 11/04/2015 |
| Representative Rebecca Petty | State Representative District 94 | Republican | 11/04/2015 |
| Steve Hollowell | State Representative District 49 | Republican | 11/04/2015 |
| Rusty Latham | State Representative District 1 | Republican | 11/04/2015 |
| Representative Dwight Tosh | State Representative District 52 | Republican | 11/04/2015 |
| Representative Dave Wallace | State Senate District 22 | Republican | 11/04/2015 |
| Wes Wagner | State Representative District 54 | Republican | 11/03/2015 |
| Marsh Davis | State Representative District 61 | Republican | 11/03/2015 |
| Representative David Meeks | State Representative District 70 | Republican | 11/03/2015 |
| State Representative Matthew Shepherd | State Representative District 6 | Republican | 11/03/2015 |
| Gov. Chris Christie | U.S. President | Republican | 11/03/2015 |
| Representative Grant Hodges | State Representative District 96 | Republican | 11/03/2015 |
| Donald J. Trump | U.S. President | Republican | 11/03/2015 |
| Representative Donnie Copeland | State Senate District 34 | Republican | 11/02/2015 |
| State Representative Jim Dotson | State Representative District 93 | Republican | 11/03/2015 |
| Justice of the Peace R.D. Hopper | State Senate District 29 | Republican | 11/03/2015 |
| Representative Robin Lundstrum | State Representative District 87 | Republican | 11/03/2015 |
| Representative Douglas House | State Representative District 40 | Republican | 11/03/2015 |
| Representative James Sturch | State Representative District 63 | Republican | 11/02/2015 |
| Representative Mark Lowery | State Representative District 39 | Republican | 11/02/2015 |
| Representative Les Eaves | State Representative District 46 | Republican | 11/02/2015 |
| Representative Andy Davis | State Representative District 31 | Republican | 11/02/2015 |
| Representative Dan Sullivan | State Representative District 53 | Republican | 11/02/2015 |
| Representative Jeremy Gillam | State Representative District 45 | Republican | 11/02/2015 |
| Representative Mike Holcomb | State Representative District 10 | Republican | 11/02/2015 |
| Ted Cruz | U.S. President | Republican | 11/02/2015 |
| Rep. Stephen Meeks | State Representative District 67 | Republican | 11/02/2015 |
| Representative Bill Gossage | State Representative District 82 | Republican | 11/02/2015 |
| Representative Jon S. Eubanks | State Representative District 74 | Republican | 11/02/2015 |
| Rep. David L. Branscum | State Representative District 83 | Republican | 11/02/2015 |
| Representative Richard Womack | State Representative District 18 | Republican | 11/02/2015 |
| Representative Mathew W. Pitsch | State Representative District 76 | Republican | 11/02/2015 |
| Representative Justin Gonzales | State Representative District 19 | Republican | 11/02/2015 |
| Representative Kim Hammer | State Representative District 28 | Republican | 11/02/2015 |
| Representative Ken Henderson | State Representative District 71 | Republican | 11/02/2015 |
| Representative Ken Bragg | State Representative District 15 | Republican | 11/02/2015 |

| | | | |
|---|---|---|---|
| State Senator Bart Hester | State Senate District 1 | Republican | 11/02/2015 |
| Senator Jim Hendren | State Senate District 2 | Republican | 11/02/2015 |
| Dwight Gonzales | State Representative District 85 | Republican | 11/02/2015 |
| Marco Rubio | U.S. President | Republican | 11/02/2015 |
| Representative DeAnn Vaught | State Representative District 4 | Republican | 11/02/2015 |
| Representative Bob Ballinger | State Representative District 97 | Republican | 11/02/2015 |
| Representative Charlie Collins | State Representative District 84 | Republican | 11/02/2015 |
| State Representative Michelle Gray | State Representative District 62 | Republican | 11/02/2015 |
| Rep. Dan Douglas | State Representative District 91 | Republican | 11/02/2015 |
| Andy Mayberry | State Representative District 27 | Republican | 11/02/2015 |
| Richard Alvin Midkiff | State Representative District 25 | Republican | 11/02/2015 |
| Charles Gaines | State Representative District 89 | Republican | 11/02/2015 |
| Senator Alan Clark | State Senate District 13 | Republican | 11/02/2015 |
| Bruce Coleman | State Representative District 81 | Republican | 11/02/2015 |
| John R. Kasich | U.S. President | Republican | 11/02/2015 |
| Representative Mickey Gates | State Representative District 22 | Republican | 11/02/2015 |
| Representative Marcus E. Richmond | State Representative District 21 | Republican | 11/02/2015 |
| Representative Brandt Smith | State Representative District 58 | Republican | 11/02/2015 |
| Jack Ladyman | State Representative District 59 | Republican | 11/02/2015 |
| Representative Karilyn Brown | State Representative District 41 | Republican | 11/02/2015 |
| Representative Josh Miller | State Representative District 66 | Republican | 11/02/2015 |
| Jana K. Starr | State Representative District 90 | Republican | 11/02/2015 |
| Danny Watson | State Representative District 3 | Republican | 11/02/2015 |
| Mike Creekmore | State Representative District 27 | Republican | 11/02/2015 |
| Senator Ronald Caldwell | State Senate District 23 | Republican | 11/02/2015 |
| Sharon Lloyd | State Senate District 7 | Republican | 11/02/2015 |
| Senator Jimmy Hickey, Jr. | State Senate District 11 | Republican | 11/02/2015 |
| Representative Tim Lemons | State Representative District 43 | Republican | 11/02/2015 |
| Representative John Payton | State Representative District 64 | Republican | 11/02/2015 |
| Carlton Wing | State Representative District 38 | Republican | 11/02/2015 |
| Representative Jana DellaRosa | State Representative District 90 | Republican | 11/02/2015 |
| John Maddox | State Representative District 20 | Republican | 11/02/2015 |
| Johnny Rye | State Representative District 54 | Republican | 11/02/2015 |
| Les A. Warren | State Representative District 25 | Republican | 11/02/2015 |
| Representative Joe Farrer | State Representative District 44 | Republican | 11/02/2015 |
| Aaron Pilkington | State Representative District 69 | Republican | 11/02/2015 |
| Gary Deffenbaugh | State Representative District 79 | Republican | 11/02/2015 |
| Jack Fortner | State Representative District 99 | Republican | 11/02/2015 |
| Derek Goodlin | State Representative District 81 | Republican | 11/02/2015 |
| Randy Alexander | State Representative District 90 | Republican | 11/02/2015 |
| Senator Jane English | State Senate District 34 | Republican | 11/02/2015 |
| Senator Greg Standridge | State Senate District 16 | Republican | 11/02/2015 |
| Ron McNair | State Representative District 98 | Republican | 11/02/2015 |
| Rick Beck | State Representative District 65 | Republican | 11/02/2015 |
| Roger D. Lynch | State Representative District 14 | Republican | 11/02/2015 |
| Bruce Emerson | State Representative District 99 | Republican | 11/02/2015 |
| Representative Nelda Speaks | State Representative District 100 | Republican | 11/02/2015 |
| Trent Garner | State Senate District 27 | Republican | 11/02/2015 |
| Representative Charlene Fite | State Representative District 80 | Republican | 11/02/2015 |
| Representative Justin Boyd | State Representative District 77 | Republican | 11/02/2015 |
| Representative Laurie Rushing | State Representative District 26 | Republican | 11/02/2015 |
| Representative Charlotte V. Douglas | State Representative District 75 | Republican | 11/02/2015 |
| Representative Sue Scott | State Representative District 95 | Republican | 11/02/2015 |
| Carol Dalby | State Representative District 1 | Republican | 11/02/2015 |
| Senator John R. Cooper | State Senate District 21 | Republican | 11/02/2015 |
| Representative Lanny Fite | State Representative District 23 | Republican | 11/02/2015 |
| Representative Trevor Drown | State Representative District 68 | Republican | 11/02/2015 |
| Mike Huckabee | U.S. President | Republican | 11/02/2015 |
| Jeff Williams | State Representative District 89 | Republican | 11/02/2015 |
| Shawn D. Strouss | State Representative District 57 | Republican | 11/02/2015 |
| Frances Cavenaugh | State Representative District 60 | Republican | 11/02/2015 |
| Representative Bruce Cozart | State Representative District 24 | Republican | 11/02/2015 |
| Jeb Bush | U.S. President | Republican | 11/02/2015 |

| Ben Carson | U.S. President | Republican | 11/02/2015 |
| Mathew Wescott | U.S. Congress District 02 | Write-In | 11/09/2015 |
| Jason Tate | U.S. Senate | Write-In | 11/03/2015 |
| Charles Neely | U.S. Congress District 02 | Write-In | 11/02/2015 |

Search again