IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LIBERTARIAN PARTY OF ARKANSAS,**
**KRISTIN VAUGHN, ROBERT CHRIS HAYES,**
**DEBORAH STANDIFORD, AND MICHAEL PAKKO**         **PLAINTIFFS**

V.                              4:15CV00635 JM

**MARK MARTIN, in his official capacity as**
**Secretary of State for the State of Arkansas**                 **DEFENDANT**

## JUDGMENT

Pursuant to the Court's findings of facts and conclusions of law set forth in the Order entered on July 15, 2016, it is hereby CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of the Plaintiffs. Plaintiffs' request for injunctive relief is denied. The Clerk is directed to close the case.

DATED this 18th day of July, 2016.

_____
James M. Moody Jr.
United States District Judge