IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| LIBERTARIAN PARTY OF ARKANSAS, KRISTIN VAUGHN, ROBERT CHRIS HAYES, DEBRAH STANDIFORD, and MICHAEL PAKKO, .....Plaintiffs, <br><br> v. <br><br> MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas, .....Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:15-cv-635-JM |

## PLAINTIFFS' MEMORANDUM BRIEF
## IN SUPPORT OF THEIR VERIFIED BILL OF COSTS

Plaintiffs received a judgment entered by the Trial Court in the instant case on July 18, 2016. Pursuant to 28 U.S.C. § 1920, the Plaintiffs have filed a Bill of Costs for their $400.00 filing fee with a copy of the check for said filing of October 14, 2015, as entered on the docket on October 14, 2015 [Doc. No. 1], and for their $100.00 *pro hac vice* filing fee for James C. Linger with a copy of the check for said filing of October 14, 2015, as entered on the docket on October 14, 2015 [Doc. No. 2], $83.20 for the deposition of Michael Pakko, and $127.80 for the transcript of the motion hearing on February 19, 2016. The Defendant is hereby notified that attached hereto as Exhibit "A" is a copy of the aforesaid Bill of Costs of the Plaintiffs setting forth the items of the costs and disbursements of the Plaintiffs in this action, and identifying the situs that the same will be adjusted and taxed by the Clerk of the above-entitled Court pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure.

Dated this 27th day of July, 2016.

                          Libertarian Party of Arkansas,
                          Kristin Vaughn, Robert Chris Hayes,
                          Debrah Standiford, and Michael Pakko

                          <u>/s/ James C. Linger</u>
                          James C. Linger, OBA No. 5441
                          1710 South Boston Avenue
                          Tulsa, OK 74119-4810
                          (918) 585-2797 Telephone
                          (918) 583-8283 Facsimile
                          <u>bostonbarristers@tulsacoxmail.com</u>

                          W. Whitfield Hyman, AB No. 2013-237
                          King Law Group
                          300 North 6th Street
                          Fort Smith, Arkansas 72901
                          Telephone (479) 782-1125
                          Facsimile (479) 316-2252
                           <u>william.hyman@gmail.com</u>
                          *Counsel for Plaintiffs*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 27th day of July, 2016.

                          <u>/s/ James C. Linger</u>
                          James C. Linger

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF ARKANSAS,<br>KRISTIN VAUGHN, ROBERT CHRIS<br>HAYES, DEBRAH STANDIFORD, and<br>MICHAEL PAKKO,       …..Plaintiffs, | )<br>)<br>)<br>)<br>) |
| v. | )  Case No. 4:15-cv-635-JM |
| MARK MARTIN, in his official capacity as<br>Secretary of State for the State of Arkansas,<br>                           …..Defendant. | )<br>)<br>)<br>) |

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "A"

# BILL OF COSTS

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas
Western Division

| | |
|---|---|
| LIBERTARIAN PARTY OF ARKANSAS, et al. | ) |
| v. | ) Case No.: 4:15-CV-635-JM |
| MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __07/18/2016__ against __Defendant__,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ 400.00 |
| Fees for service of summons and subpoena ........................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ............................................... | |
| Fees for witnesses *(itemize on page two)* ......................................... | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ....................................... | |
| Docket fees under 28 U.S.C. 1923 ............................................... | |
| Costs as shown on Mandate of Court of Appeals .................................. | |
| Compensation of court-appointed experts ......................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* (Pro Hac Vice filing fee, $100; Deposition of Michael Pakko, $83.20; Tr. of Motion Hearing of 2-19-2016, $127.80) | 311.00 |
| TOTAL | $ 711.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service        ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   s/ James C. Linger

Name of Attorney:   James C. Linger

For:   Libertarian Party of Arkansas, et al.        Date:   07/27/2016
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*        *Deputy Clerk*        *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of Title 28, which reads in part as follows:
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF ARKANSAS, KRISTIN VAUGHN, ROBERT CHRIS HAYES, DEBRAH STANDIFORD, and MICHAEL PAKKO, .....Plaintiffs, <br><br> v. <br><br> MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas, .....Defendant. | Case No. 4:15-cv-635-JM |

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "1"

# FILING FEE AND PRO HAC VICE FEE

**Check 1706**

JAMES C. LINGER ATTORNEY AT LAW
IOLTA ACCOUNT
1710 S. BOSTON AVE.  PH. 918-585-2797
TULSA, OK 74119

39-7279/3030

DATE 10/9/2015

PAY TO THE ORDER OF: Clerk, U.S. District Court     $ 400 00/100

Four hundred and 00/100 ———— DOLLARS

IBC BANK.
We Do More
Oklahoma Branches (405) 841-2332

IBC Free CHECKING

MEMO: Libert. Party Ark v. Martin

Signed: James C. Linger

---

**Check 1707**

JAMES C. LINGER ATTORNEY AT LAW
IOLTA ACCOUNT
1710 S. BOSTON AVE.  PH. 918-585-2797
TULSA, OK 74119

39-7279/3030

DATE 10/9/2015

PAY TO THE ORDER OF: Clerk, U.S. District Court     $ 100 00/100

One hundred and 00/100 ———— DOLLARS

IBC BANK.
We Do More
Oklahoma Branches (405) 841-2332

IBC Free CHECKING

MEMO: Libert. Party Ark v. Martin

Signed: James C. Linger

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF ARKANSAS, KRISTIN VAUGHN, ROBERT CHRIS HAYES, DEBRAH STANDIFORD, and MICHAEL PAKKO, …..Plaintiffs, <br><br> v. <br><br> MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas, …..Defendant. | Case No. 4:15-cv-635-JM |

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "2"

# INVOICE FROM SUSAN B. WHITSON FOR TRANSCRIPT OF DEPOSITION OF MICHAEL PAKKO AND INVOICE FROM CHERYL NELSON KELLAR FOR TRANSCRIPT OF MOTION HEARING OF FEBRUARY 19, 2016

```
             SUSAN B. WHITSON, CCR, INC.
                  9810 Woodland Drive
                  Mabelvale, AR  72103
                     (501) 455-1170
                     EIN 62-1726023
              STATE VENDOR NO. 100027831
                   WhitsonCCR@aol.com
```

INVOICE NO. 2016-112

TO:

MR. JAMES C. LINGER
Law Offices of James C. Linger
1710 South Boston Avenue
Tulsa, Oklahoma  74119-4810

RE:  Libertarian Party of Arkansas, et al. v. Mark Martin, in his official capacity as Secretary of State, USDC No. 4:15-cv-00635

---

(DUE UPON RECEIPT)

INVOICE DATE:  2/16/16

Deposition of Michael Pakko, taken by A.J. Kelly, in Little Rock, Arkansas, February 12, 2016.

| | |
|---|---|
| Copy of transcript, 62 pages | $77.50 |
| Exhibits | $ 5.70 |

TOTAL DUE                                              $ 83.20

Thank you.

---

**JAMES C. LINGER ATTORNEY AT LAW**
IOLTA ACCOUNT
1710 S. BOSTON AVE.  PH. 918-585-2797
TULSA, OK 74119

39-7279/3030                                    1755

DATE 3/4/2016

PAY TO THE ORDER OF  Susan B. Whitson, CCR, Inc.    $ 83 20/100

Eighty-Three and 26/100 ---------- DOLLARS

IBC BANK.
We Do More
Oklahoma Branches (405) 841-2332

MEMO  Inv. # 2016-112
      LPAR v. Martin

                                        James C. Linger

1755

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS |
|---|---|

INVOICE NO: 20150043

MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| James C. Linger<br>Law Offices of James C. Linger<br>1710 South Boston Avenue<br>Tulsa, OK 74119-4810<br><br>Phone: | CHERYL NELSON KELLAR, RPR,CRR,CCR<br>United States Court Reporter<br>500 West Capitol Avenue<br>Box C-411<br>Little Rock, AR 72201<br>Phone: (501) 604-5105<br><br>cnelsonkellar@gmail.com |

| [X] CRIMINAL   [ ] CIVIL | DATE ORDERED: 06-21-2016 | DATE DELIVERED: 06-21-2016 |
|---|---|---|

Case Style: 4:15CV635 JM, Libertarian Party of Arkansas v Mark Martin
Motions hearing before Judge Jay Moody on 2/19/16.
*Filed with the Clerk.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 142 | 0.90 | 127.80 | | | | 127.80 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |

JAMES C. LINGER ATTORNEY AT LAW
IOLTA ACCOUNT
1710 S. BOSTON AVE.  PH. 918-585-2797
TULSA, OK  74119

39-7279/3030        1803

DATE 6/22/2016

PAY TO THE ORDER OF  Cheryl Nelson Kellar, RPR CRR CCR     $ 127 80/100

One hundred Twenty-Seven and 80/100  DOLLARS

IBC BANK.  IBC Free CHECKING
We Do More
Oklahoma Branches (405) 841-2332

MEMO  LPAR v. Martin
Prel. Inj. Hr - 2/19/2016        James C. Linger   MP

‖:           ‖:                 ‖'1803  Inv.# 20150043

TOTAL DUE: $127.80

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Cheryl Nelson Kellar | DATE 06-21-2016 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*