IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF ARKANSAS,<br>KRISTIN VAUGHN, ROBERT CHRIS<br>HAYES, DEBRAH STANDIFORD, and<br>MICHAEL PAKKO,        …..Plaintiffs, | )<br>)<br>)<br>)<br>) |
| v. | ) Case No. 4:15-cv-635-JM |
| MARK MARTIN, in his official capacity as<br>Secretary of State for the State of Arkansas,<br>                    …..Defendant. | )<br>)<br>)<br>)<br>) |

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "1"

# AFFIDAVIT OF W. WHITFIELD HYMAN

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF ARKANSAS, et al., .....Plaintiffs, <br><br> v. <br><br> MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas, .....Defendant. | Case No. 4:15-cv-635-JM |

## AFFIDAVIT OF W. WHITFIELD HYMAN

W. Whitfield Hyman, first having been duly sworn, deposes and says as follows:

1. I graduated from the University of Arkansas Law School in Fayetteville, Arkansas in 2013, and have practiced in Fayetteville, Arkansas and Fort Smith, Arkansas continuously since that time.

2. I have experience in the United States District Court, Western District of Arkansas. I have been a member of the Arkansas Bar and the United States District Courts for the Eastern and Western Districts of Arkansas since 2013.

3. I have participated in the preparation of legal pleadings for a successful 42 U.S. Code § 1983 case before, and filed a 42 U.S. Code § 1983 case in May of this year. Additionally, I have defended a criminal case in the United States District Court for the Western District of Arkansas.

4. Based upon my training, background, and experience, I am familiar with the charges on an hourly basis made by lawyers in this community practicing in the federal courts. It is my professional opinion that an average hourly fee for persons of my

experience when this case was filed would be $190.00 per hour, and would be $350.00 per hour for Attorney James C. Linger.

5. The time that I have spent serving as active local counsel in this case consists of 70.9 hours, as more fully described in my statement of billable hours attached hereto as Exhibit "2". It should be noted that I have charged for only half my time for certain work done as to my participation in the hearing on the Motion for Preliminary Injunction and the motion filed by the Defendant conducted on February 19, 2016, before Judge Moody, since Plaintiffs were not successful in obtaining preliminary injunctive relief from the Court. Also, I did not include about one-third of the number of the numerous emails because they were either combined together or of little significance.

6. Further, after discussing the matter by email and phone conference with Mr. Linger, and since I had occasion to be in Tulsa from July 25 to July 28, 2016, I was able to further review my time records with Mr. Linger and no charge a number of my time because the work was either somewhat of a duplication or what I considered of little importance to the case. As a result of my deducting 23.0 hours which I have designated as no charge hours, the net attorney hours that I am seeking compensation for total 47.9 hours at $190.00 per hour.

7. These entries are true and accurate to the best of my knowledge, information, and belief and were reasonably required for the pursuit of this claim in a thorough and competent manner. Consequently, the undersigned herewith seeks an award of attorney fees in the amount of $9,101.00.

Further Affiant sayeth not.

_____
W. Whitfield Hyman

STATE OF OKLAHOMA )
                  ) ss.
COUNTY OF TULSA   )

## OATH

Before me, the undersigned, a Notary Public in and for the State and County aforesaid, personally appeared W. Whitfield Hyman, who, upon his oath, acknowledged that he has read the foregoing Affidavit and the statements therein are true to the best of his knowledge, information and belief.

Witness my hand and official seal on this 28th day of July, 2016.

_____
Notary Public

Commission (and Expiration):

(SEAL)

```
VICKIE L. CAUDLE
Notary Public
State of Oklahoma
Commission # 03012535  Expires 10/06/19
```

3