IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

—————————————————————
                                              )
LIBERTARIAN PARTY OF ARKANSAS,                )
KRISTIN VAUGHN, ROBERT CHRIS                  )
HAYES, DEBRAH STANDIFORD, and                 )
MICHAEL PAKKO,            …..Plaintiffs,      )
                                              )
    v.                                        )   Case No. 4:15-cv-635-JM
                                              )
MARK MARTIN, in his official capacity as      )
Secretary of State for the State of Arkansas, )
                       …..Defendant.)         )
—————————————————————       )

---

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "2"

# TIME SHEET OF
# W. WHITFIELD HYMAN

LPAR, et al. v. Martin, etc.                                              P a g e | **1**

| Date | Description | Hours |
|------|-------------|-------|
| 8-7-2015 | Email from Michael Pakko re lawsuit | .1 |
| 8-10-2015 | TC w/ Jim Linger re case | .2 |
| 8-17-2015 | Email from Jim Linger re address, bar number, contact information and LPAR Convention | .1 |
| | Email to Jim Linger (.1) | N/C |
| 8-18-2015 | Email from Michael Pakko | .1 |
| 8-26-2015 | Email from Michael Pakko | .1 |
| 8-27-2015 | Email from Jim Linger (.2) | N/C |
| | Read and reviewed decision in Moore v. Martin | .3 |
| 9-16-2015 | Email to and from Michael Pakko | .1 |
| 10-8-2015 | TC w/ Jim Linger | .2 |
| 10-10-2015 | Read FedEx from Jim Linger, ltr, complaint, and other pleadings and documents w/ *pro hac vice* fee check and filing fee check | .5 |
| 10-12-2015 | Read & rec'd. corrected Complaint and email to Linger and Michael Pakko | .1 |
| | TC w/ Jason Epperson about hiring him to file and serve lawsuit. | .2 |
| | Mailed complaint and related pleadings to Epperson | .2 |
| 10-14-2015 | Multiple TC's with Epperson about how to file in Federal Court and how to serve the SoS | 1 |
| 10-23-2015 | Travel from Ft. Smith to North Little Rock (2.4) | N/C |
| 10-24-2015 | Attendance at LPAR special nominating convention and confs. w/ Michael Pakko, Plaintiffs, and candidates (.5) | N/C |
| | Travel from North Little Rock to Ft. Smith (2.4) | N/C |
| 11-05-2015 | Email from Jim Linger re case status | .1 |

LPAR, et al. v. Martin, etc.                                    P a g e | **2**

| | | |
|---|---|---|
| 11-22-2015 | Email from Michael Pakko | .1 |
| 12-01-2015 | Email to Jim Linger and dates not available because of honeymoon (.1) | N/C |
| 12-03-2015 | Email from Jim Linger (.1) | N/C |
| 12-16-2015 | TC w/ Jim Linger | .1 |
| 12-18-2015 | Rec. & rev. of Amended Motion to Dismiss and Alternate Motion for Judgment on the Pleadings | .2 |
| 1-6-2016 | Rec. & rev. of Notice of Docket Correction (.1) | N/C |
| 1-11-2016 | Rec. & rev. of Initial Scheduling Order | .2 |
| 1-12-2016 | Read & rec'd. Affidavit and email from Jim Linger and Pakko re proposed Affidavit for Pakko | .1 |
| 1-14-2016 | Rec. & rev. of Defendant's Memorandum Reply To Response to Defendant's Amended Motion To Dismiss and Alternative Motion for Judgment On the Pleadings | .7 |
| 1-20-2016 | Emails from Jim Linger (3) | .1 |
| | Email to Jim Linger re Benton County Sheriff criminal charges and potential candidates (.1) | N/C |
| 1-25-2016 | Rec. & rev. of email from courtroom deputy Kacie Glenn | .1 |
| | Email from Jim Linger | .1 |
| 1-26-2016 | Rec. & rev. of Notice of Hearing Motion for Preliminary Injunction and Amended Motion For Preliminary Injunction | .1 |
| | Email from Kacie Glenn (2) | .1 |
| | Email from Jim Linger | .1 |
| 2-5-2016 | Rec. & rev. of Defendant's Response to Plaintiffs' Motion for Preliminary Injunction | |

|  |  |  |
|---|---|---|
|  | and Brief in Support (.8) | N/C |
|  | Email from Jim Linger re Pakko | .2 |
| 2-9-2016 | Email from Jim Linger re Pakko | .1 |
| 2-10-2016 | Emails from Jim Linger re Pakko | .1 |
| 2-12-2016 | Travel to Little Rock from Ft. Smith | 2.4 |
|  | Deposition of Pakko and confs. w/ A.J. Kelly and Jim Linger | 1.6 |
|  | Travel from Little Rock to Ft. Smith | 2.4 |
| 2-18-2016 | Email to Jim Linger (.1) | N/C |
|  | Travel from Ft. Smith to Little Rock | 2.4 |
| 2-19-2016 | Attendance at Hrg. before Judge Moody on Prel. Injunction (1.9) | N/C |
|  | Attendance at Hrg. before Judge Moody on Prel. Injunction | 1.9 |
|  | Travel from Little Rock to Ft. Smith | 2.4 |
| 2-22-2016 | Rec. & rev. of Clerk's minutes for proceedings held before Judge Moody on Motion Hearing of Feb. 19, 2016 | .1 |
| 2-23-2016 | Rec. & reading of email from Stacy Hatfield re Judge Moody's denial of Plaintiffs' Motion for Preliminary Injunction and granting in part and denying in part Defendant's Motion to Dismiss | .1 |
| 2-24-2016 | Email from A.J. Kelly(.1) | N/C |
| 2-25-2016 | Rec. & reading Order denying Motion for Preliminary Injunction and Amended Motion and Denying in Part and Granting in Part Defendant's Motion to Dismiss, and Granting Motion to Extend Time to File Rule 26(f) Report | .2 |
| 2-26-2016 | Travel from Ft. Smith to North Little Rock (2.4) | N/C |

LPAR, et al. v. Martin, etc.                                    P a g e | **4**

| | | |
|---|---|---|
| 2-27-2016 | Attendance at LPAR regular convention, Nomination of new candidates, confs. w/ Executive committee of LPAR re case status | .5 |
| | Travel from North Little Rock to Ft. Smith (2.4) | N/C |
| 2-28-2016 | Email from Jim Linger with revised joint report for the court (.1) | N/C |
| 3-1-2016 | Emails to and from Michael Pakko | .1 |
| 3-4-2016 | Email from Michael Pakko with attached letter from the Defendant. | .1 |
| 3-10-2016 | Email from Michael Pakko | .1 |
| 3-15-2016 | Email from Michael Pakko | .1 |
| 3-16-2016 | Email to Michael Pakko | .1 |
| 4-22-2016 | Email from Jim Linger with emails from AJ Kelly | .1 |
| | Email from Jim Linger about Discovery Requests from Defendant | .1 |
| | Email from Richard Winger about Discovery Requests from the Defendant (.1) | N/C |
| | Email from Jim Linger with Plaintiff's Discovery Requests to Defendant | .1 |
| 4-25-2016 | Email from Jim Linger and Michael Pakko about Interrogatories | .1 |
| 5-3-2016 | Email from Jim Linger with revised Joint Report of the Parties | .1 |
| | Emails from AJ Kelly | .1 |
| | Email from Jim Linger with another revised joint report | .1 |
| 5-4-2016 | Three Emails from AJ Kelly | .1 |
| 5-9-2016 | Emails from Jim Linger and AJ Kelly about draft of Second Amended Answer | .1 |

LPAR, et al. v. Martin, etc.                                              P a g e | **5**

| | | |
|---|---|---|
| 5-9-2016 | Emails from AJ Kelly and Jim Linger | .1 |
| 5-11-2016 | Email to Jim Linger re telephone conf. w/ Judge (.1) | N/C |
| | Email from Jim Linger re telephone conf. w/ Judge | .1 |
| | Rule 16 telephone conference w/ Judge Moody, A.J. Kelly, Andres Rhodes, and Jim Linger | .3 |
| | Email from Jim Linger re TC w/ Judge Moody | .1 |
| 5-20-2016 | Email from Jim Linger (.1) | N/C |
| 5-27-2016 | Email to Jim Linger re Pakko deposition | .1 |
| 5-31-2016 | Emails to and from Jim Linger | .1 |
| | Email from AJ Kelly and Jim Linger about Rescheduling Depositions (.1) | N/C |
| 6-1-2016 | Three Emails to and from Jim Linger | .1 |
| | Email from AJ Kelly about cancelled deposition (.1) | N/C |
| 6-2-2016 | Emails from Jim Linger and AJ Kelly | .1 |
| | TC w/ Jim Linger | .1 |
| | Travel to Little Rock from Ft. Smith | 2.4 |
| | Cont'd Deposition of and post mtg. w/ Michael Pakko | 1.5 |
| | Travel from Little Rock to Ft. Smith | 2.4 |
| 6-3-2016 | Reviewed binders from SoS provided at deposition | 1 |
| 6-20-2016 | Email from Jim Linger re Pakko's continued deposition and cost of transcript of hearing of February 19, 2016 | .1 |
| | Email from Jim Linger w/ pre trial disclosures(.1) Read and Reviewed Pre Trial Disclosures | (N/C) .2 |

LPAR, et al. v. Martin, etc.                                    P a g e  | **6**

| | | |
|---|---|---|
| 6-21-2016 | Rec. of notice of transcript of hrg. on Motions held on Feb. 19, 2016 (.1) | N/C |
| | Rec. of email from Cheryl Nelson Kellar re transcript of motion hrg. of Feb. 19, 2016 (2)(.1) | N/C |
| 6-29-2016 | Email from Jim Linger about pre trial briefs (.1) | N/C |
| 6-30-2016 | Email to Jim Linger re cost of preliminary injunction transcript (.1) | N/C |
| | Rec. & reading of email of Plaintiffs' trial brief to Judge Moody from Jim Linger | .5 |
| 7-1-2016 | Rec. & reading of email of Joint Stipulations of Fact from Jim Linger | .2 |
| | Email AJ Kelly about joint stipulations of fact | .1 |
| 7-4-2016 | Emails from Jim Linger and AJ Kelly with Plaintiff's Exhibits--16 pages | .5 |
| 7-5-2016 | Email from Jim Linger and Andres Rhodes about Joint Stipulations of Fact | .1 |
| | Email from Jim Linger's legal assistant (.1) | N/C |
| | Emails from Jim Linger and AJ Kelly about joint stipulations of fact | .1 |
| 7-7-2016 | Email from AJ Kelly about SoS Exhibit list and Phone Conference | .1 |
| 7-8-2016 | Email from Jim Linger to Kacie Glenn re cell number and possible stipulation as to admission of exhibits (.1) | N/C |
| | Email from Jim Linger to Kacie Glenn re admission of exhibits, stipulations, and use of transcript of 2-19-2016 (.1) | N/C |
| | Email from A.J. Kelly to Kacie Glenn re admission of joint exhibit no. 1—transcript | .1 |
| | Email from AJ Kelly w/ revised exhibit 5 (.1) | N/C |

LPAR, et al. v. Martin, etc.                                          P a g e | **7**

| | | |
|---|---|---|
| 7-9-2016 | Emails (4) to and from Jim Linger coordinating (.1) | N/C |
| 7-11-2016 | Travel to Little Rock from Ft. Smith | 2.4 |
| | Pretrial confs. w/ Pakko and D. Standiford, William Barger, and Jim Linger | .4 |
| | Attendance at trial with Judge Moody, conf. w/ clients and attorneys | 4.3 |
| | Lunch break confs. w/ Pakko, D. Standiford, Jim Linger (.9) | N/C |
| | Post-trial conf. w/ Dr. Pakko, D. Standiford, & Jim Linger | .3 |
| | Travel from Little Rock to Ft. Smith | 2.4 |
| 7-13-2016 | Emails (4) with Jim Linger about trial and appeal | .1 |
| 7-14-2016 | Email from AJ Kelly and Response from Jim Linger | .1 |
| 7-15-2016 | Rec. & reading of email w/ decision from Jim Linger | .3 |
| | Email from Jim Linger (.1) | N/C |
| | Texts to Jim Linger (2)(.2) | N/C |
| 7-18-2016 | Rec. & rev. of judgment for Plaintiffs by Court | .1 |
| | Email from Jim Linger re phone conf. w/ Pakko and Attorney Fee Application | .1 |
| | Email to Jim Linger re Attorney Fees | .1 |
| | TC w/ Pakko, D. Standiford, and Jim Linger re decision, judgment, and whether to appeal or not, and consultation with LPAR officers | .6 |
| 7-19-2016 | TC w/ Pakko and Jim Linger | .4 |
| 7-20-2016 | Email from Jim Linger (.2) | N/C |
| | Read and reviewed 50 page example of how to Calculate attorney's fees in 1983 cases | .3 |

LPAR, et al. v. Martin, etc.                                                      P a g e | **8**

| | | |
|---|---|---|
| 7-22-2016 | Email to Jim Linger (.1) | N/C |
| | Email from Jim Linger (2)(.2) | N/C |
| | Email to Richard Winger about appeal (.1) | N/C |
| 7-23-2016 | Rev. of emails and time records for attorney fee application and email to Jim Linger | 2.0 |
| 7-25-2016 | Travel from Ft. Smith to Tulsa, Okla. (2.0) | N/C |
| 7-26-2016 | TC w/ Jim Linger (.2) | N/C |
| | Mtg. w/ Jim Linger re appeal and attorney fees (.5) | N/C |
| 7-27-2016 | TC w/ Jim Linger (.1) | N/C |
| 7-28-2016 | Rev. of time records, conf. w/ Jim Linger re work duplication, etc., and prep. of affidavit for attorney fee motion and exhibits | 2.5 |
| | Conf. w/ Jim Linger re prep. of Motion for Attorney Fees and Exhibits (1.0) | N/C |
| | Signing and notarizing of documents (.1) | N/C |
| | Travel (estimated) from Tulsa, Okla. to Ft. Smith (2.0) | N/C |

| | | |
|---|---|---|
| Total Attorney Hours for W. Whitfield Hyman | 70.9 | |
| Less Total No Charge Attorney Hours | -23.0 | |
| Net Attorney Hours @ $190.00/hr. | 47.9 | $9,101.00 |