IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

_____

| | |
|---|---|
| LIBERTARIAN PARTY OF ARKANSAS, | ) |
| KRISTIN VAUGHN, ROBERT CHRIS | ) |
| HAYES, DEBRAH STANDIFORD, and | ) |
| MICHAEL PAKKO,          …..Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK MARTIN, in his official capacity as | ) |
| Secretary of State for the State of Arkansas, | ) |
| …..Defendant.) | |

Case No. 4:15-cv-635-JM

_____

---

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "4"

# TIME SHEET OF JAMES C. LINGER

---

LPAR, et al. v. Martin, etc.                                                    P a g e | 1

| Date | Description | Hours |
|------|-------------|-------|
| 7-20-2015 | Rec. & rev. of email from Dr. Michael Pakko re mtg. on July 27, 2015, Plaintiffs, and in-state Counsel | .1 |
| | Email to Dr. Pakko re mtg. on July 27, 2015 (.1) | N/C |
| | Legal research re revised Arkansas election laws as to new parties, candidate filing, and nominating conventions | .5 |
| 7-21-2015 | Email from Dr. Pakko confirming mtg. (.1) | N/C |
| 7-22-2015 | Email to Dr. Pakko confirming mtg. (.1) | N/C |
| 7-27-2015 | Mtg. Dr. Michael Pakko, Chair LPAR, Debrah Standiford, Chris Hayes | 1.5 |
| 7-28-2015 | Memo to file re mtg w/ Arkansas Libertarians and law changes (.2) | N/C |
| 8-4-2015 | Email from Dr. Pakko re approval of LPAR Executive Committee, Whit Hyman as local counsel, and proposed Plaintiffs | .1 |
| 8-5-2015 | Email to Dr. Pakko re Plaintiffs, problems w/ law, date and location of proposed state nominating convention, and local counsel | .1 |
| 8-7-2015 | Email from Dr. Pakko re retention of services and nominating convention (.1) | N/C |
| 8-10-2015 | TC w/ Atty Whitfield Hyman re case filing | .2 |
| 8-17-2015 | Email to Whit Hyman re address, bar number, contact numbers and State Convention | .1 |
| | Email from Whit Hyman (.1) | N/C |
| 8-18-2015 | Email from Dr. Pakko re Kristin Vaughn | .1 |
| 8-26-2016 | Email from Dr. Pakko re Moore v. Martin (.1) | N/C |
| 8-27-2015 | Email to Whit Hyman (.2) | N/C |
| 9-2-2015 | Email from Dr. Pakko re case status (.1) | N/C |

| | | |
|---|---|---|
| 9-3-2015 | TC w/ Atty Holly Dickon, ACLU (.5) | N/C |
| | Email to Dr. Pakko re case status | .1 |
| 10-1-2015 | Legal research election statutes and cases | 2.6 |
| 10-6-2015 | Email from Dr. Pakko re telephone conf. | .1 |
| | Email to Dr. Pakko re delays, state conventions, filing of case, and need to have preliminary injunction hrg. before second nominating convention | .2 |
| 10-7-2015 | TC w/ Dr. Pakko re case status | .2 |
| | Prep. of cover page, notice of lawsuit and request to waive service of summons, waiver of service of summons, summons in a civil action, complaint, and motion for admission to practice *pro hac vice* | 1.9 |
| 10-8-2015 | TC w/ Whit Hyman | .2 |
| | Obtaining Certificate of Good Standing from Court Clerk from Northern District of Oklahoma (.5) | N/C |
| 10-9-2015 | FedEx to Whit Hyman of ltr, complaint and other pleadings and documents w/ *pro hac vice* fee check and filing fee check | .5 |
| 10-10-2015 | Legal research re Arkansas statutes as to new election laws as to newly formed political parties | 1.5 |
| 10-12-2015 | Prep. of corrected Complaint and email to Hyman and Dr. Pakko | .3 |
| 10-13-2015 | Email to Richard Winger (.1) | N/C |
| 10-14-2015 | Rec. & rev. of filed Complaint and Motion for Leave to Appear Pro Hoc Vice | .1 |
| | Email of Complaint to Richard Winger (.1) | N/C |
| 10-16-2015 | Rec. & rev. of Order Granting Motion to Appear | |

Case 4:15-cv-00635-JM   Document 54-4   Filed 07/29/16   Page 4 of 22

LPAR, et al. v. Martin, etc.                                                      P a g e | **3**

|            | Pro Hac Vice for James Linger                                                                          | .1  |
|------------|--------------------------------------------------------------------------------------------------------|-----|
| 10-29-2015 | Email from Dr. Pakko re nominations and Convention                                                     | .1  |
| 11-02-2015 | Receipt of filed Waiver of Service executed by Mark Martin, Secretary of State by fax                  | .1  |
| 11-04-2015 | Rec. & rev. of Notice of Appearance by A.J. Kelly on behalf of Defendant                               | .1  |
| 11-05-2015 | Email to Whit Hyman re case status (.1)                                                                | N/C |
|            | Email to Dr. Pakko re waiver of summons, entry of appearance, and candidates                           | .1  |
|            | Email from Dr. Pakko re executive committee and motions from nominating convention, and candidates     | .1  |
| 11-06-2015 | Email to Dr. Pakko re withdrawal of candidate and additional candidates                                | .1  |
|            | Email from Dr. Pakko re candidate filings, withdrawals, affidavit of eligibility                       | .1  |
| 11-22-2015 | Email from Dr. Pakko re Nathan LaFrance, vacancy in nomination, and notification of Governor            | .1  |
| 11-25-2015 | Email from A.J. Kelly re depositions                                                                   | .1  |
|            | Email to A.J. Kelly re depositions                                                                     | .1  |
| 11-30-2015 | Email from A.J. Kelly re depositions (.1)                                                               | N/C |
| 12-01-2015 | Email to Dr. Pakko re depositions of Kristin Vaughn, Robert Chris Hayes, and Debrah Standiford, and Dr. Pakko | .1  |
|            | Email from Whit Hyman and dates not available for him because of honeymoon (.1)                        | N/C |
|            | Email to A.J. Kelly re deposition dates (.1)                                                           | N/C |
| 12-03-2015 | Email to Hyman (.1)                                                                                    | N/C |

|            | Email from A.J. Kelly re deposition dates | .1 |
|------------|-------------------------------------------|-----|
|            | Email to A.J. Kelly re available deposition dates (.1) | N/C |
| 12-11-2015 | Email to Richard Winger re Defendant's Motion and Brief (.2) | N/C |
|            | Rec. & rev. of Answer to Complaint, Motion to Dismiss, and Alternative Motion For Judgment on the Pleadings, and Brief in Support by Defendant | .9 |
| 12-12-2015 | Email from Richard Winger re Arkansas case (.1) | N/C |
| 12-14-2015 | Rec. & rev. of Notice of Docket Correction re document numbers 6 and 7 (.1) | N/C |
|            | Email to A.J. Kelly re correction to docket as to Defendant's Motion, Motion to Extend Answer Date, and depositions dates | .1 |
| 12-15-2015 | Email from A.J. Kelly re no objection to extension and possible deposition dates | .1 |
| 12-16-2015 | TC w/ Whit Hyman | .1 |
| 12-17-2015 | Prep. and filing of Plaintiffs' Unopposed Motion to Extend Time to File Response and Brief in Opposition to Defendant's Motion to Dismiss | .4 |
|            | Rec. & rev. of Defendant's Amended Motion To Dismiss and Alternative Motion for Judgment on the Pleadings | .1 |
|            | Legal research re Defendant's cases, standing, failure to show injury fairly traceable to Defendant, etc. | 2.2 |
| 12-18-2015 | Rec. & rev. of Amended Motion to Dismiss and Alternate Motion for Judgment on the Pleadings | .2 |
| 12-21-2015 | Prep. and filing of Plaintiffs' Unopposed Amended Motion for Extension of Time to File Response and | |

LPAR, et al. v. Martin, etc.                                            P a g e | 5

|  |  |  |
|---|---|---|
|  | Brief in Opposition to Defendant's Motion to Dismiss and Alternative Motion for Judgment on the Pleadings, and Brief in Support Thereof | .4 |
| 12-23-2015 | Rec. & rev. of Order Granting Motion for Extension of Time to File Response/Reply | .1 |
|  | Rec. & rev. of Order finding as moot Motion to Extend Time (.1) | N/C |
| 1-3-2016 | TC w/ Dr. Pakko re depositions, Nathan LaFrance, Ltr to Governor, vacancy in nomination | .1 |
| 1-5-2016 | Prep. & filing of Plaintiffs' Brief in Opposition To Defendant's Motion to Dismiss and Alternative Motion for Judgment on the Pleadings | 1.0 |
| 1-6-2016 | Rec. & rev. of Notice of Docket Correction (.1) | N/C |
| 1-11-2016 | Rec. & rev. of Initial Scheduling Order | .2 |
|  | Email to Richard Winger of Plaintiffs' Brief in Opposition to Defendant's Motion to Dismiss and Alternative Motion for Judgment on the Pleadings (.2) | N/C |
| 1-12-2016 | Prep. of Affidavit and email to Hyman and Dr. Pakko re proposed Affidavit for Pakko | .4 |
| 1-14-2016 | Rec. & rev. of Defendant's Memorandum Reply To Response to Defendant's Amended Motion To Dismiss and Alternative Motion for Judgment On the Pleadings | .7 |
|  | Email to Dr. Pakko of revised Affidavit of Michael Pakko | .3 |
|  | Email from Dr. Pakko re changes to Affidavit | .1 |
| 1-15-2016 | Email to Richard Winger re Affidavit of Dr. Pakko, letter from Gov. Hutchinson, and Reply Brief of Secretary of State and related pleadings (.2) | N/C |
|  | Email from Richard Winger re case status (.1) | N/C |

|  |  |  |
|---|---|---|
|  | Email to Dr. Pakko re changes and corrections to affidavit | .1 |
| 1-17-2016 | Email from A.J. Kelly re depositions prior to preliminary injunction hrg. | .1 |
| 1-20-2016 | Emails to Whit Hyman (3)(.1) | N/C |
|  | Email from Whit Hyman re Benton County Sheriff criminal charges and potential candidates (.1) | N/C |
| 1-21-2016 | Legal research and prep. of Plaintiffs' Motion for Preliminary Injunction, Affidavit of Dr. Pakko, and Plaintiffs' Memorandum Brief in Support of their Complaint and Motion for Preliminary Injunction (2.6) | N/C |
| 1-22-2016 | Prep. & filing of Plaintiffs' Motion for Preliminary Injunction with attached Exhibits And Plaintiffs' Brief in Support of their Complaint and Motion for Preliminary Injunction | .9 |
| 1-23-2016 | Prep. and filing of Plaintiffs' Amended Motion For Preliminary Injunction (.4) | N/C |
| 1-25-2016 | Email to Richard Winger re LPAR lawsuit (.1) | N/C |
|  | Rec. & rev. of email from Richard Winger re status of election laws in other states (.1) | N/C |
|  | Legal research re case law re political party nominations, deadlines, and convention and primary requirements | 2.5 |
|  | TC w/ Dr. Pakko | .3 |
|  | Rec. & rev. of email from courtroom deputy Kacie Glenn | .1 |
|  | Email to courtroom deputy, Kacie Glenn | .1 |
|  | Email to Whit Hyman (.1) | N/C |
| 1-26-2016 | Rec. & rev. of Notice of Hearing Motion for Preliminary Injunction and Amended Motion |  |

Case 4:15-cv-00635-JM   Document 54-4   Filed 07/29/16   Page 8 of 22

LPAR, et al. v. Martin, etc.                                      P a g e | 7

|  |  |  |
|---|---|---|
|  | for Preliminary Injunction (.1) | N/C |
|  | Email from Kacie Glenn (2) | .1 |
|  | Email from A.J. Kelly (.1) | .1 |
|  | Email to Dr. Pakko re hearing on Plaintiffs' Motion for Preliminary Injunction | .1 |
|  | Email to Richard Winger re hearing (.1) | N/C |
|  | Email to Whit Hyman (.1) | N/C |
| 2-2-2016 | Email to Dr. Pakko w/ copy of Complaint, Brief, Motion for Preliminary Injunction, Amended Motion for Preliminary Injunction, Pakko Affidavit, and case status | .2 |
| 2-3-2016 | Email from A.J. Kelly re Plaintiffs' witnesses (.1) | N/C |
| 2-5-2016 | Rec. & rev. of Defendant's Response to Plaintiffs' Motion for Preliminary Injunction and Brief in Support | .8 |
|  | Email to Richard Winger (.1) | N/C |
|  | Email from Richard Winger (.1) | N/C |
|  | Email from A.J. Kelly re witnesses | .1 |
|  | Email to Dr. Pakko and Hyman (.2) | N/C |
| 2-8-2016 | TC w/ Dr. Pakko | .2 |
|  | Email from A.J. Kelly re Rule 19(a) and Amended Answer | .1 |
|  | Email to A.J. Kelly re Fed. R. Civ. P. 19(a), necessary parties, and proposed Amended Answer | .1 |
| 2-9-2016 | Email to A.J. Kelly re depositions (2) | .1 |
|  | TC w/ A.J. Kelly | .1 |
|  | Email to Dr. Pakko and Whit Hyman (.1) | N/C |

LPAR, et al. v. Martin, etc.                                            P a g e | **8**

|            |                                                                                    |      |
|------------|------------------------------------------------------------------------------------|------|
|            | Email from A.J. Kelly re deposition (2)                                            | .1   |
| 2-10-2016  | Rev. of file, prep. for deposition of Dr. Pakko, and rev. of election statutes     | .8   |
|            | Emails to Dr. Pakko and Whit Hyman (.1)                                             | N/C  |
| 2-11-2016  | Legal research re local rules and laws in question and rev. of file                | 1.2  |
|            | Email from Dr. Pakko re deposition and mtg. w/ Kris Vaughn                          | .1   |
| 2-12-2016  | Travel to Little Rock from Tulsa                                                    | 3.8* |
|            | Pre-deposition mtg. w/ Dr. Pakko                                                    | 1.4  |
|            | Deposition of Dr. Pakko and confs. w/ A.J. Kelly and/or Whit Hyman                 | 1.6  |
|            | Mtg. w/ Kristin Vaughn, Mr. Vaughn, and Dr. Pakko                                  | .9   |
|            | Travel to Tulsa from Little Rock                                                    | 3.9* |
| 2-16-2016  | Rec. & rev. of draft of Amended Answer by Defendant w/ revised Affidavit of Leslie Bellamy and Exhibits | .5 |
|            | Email from Dr. Pakko re deposition transcript                                      | .1   |
|            | Email from A.J. Kelly re proposed Amended Answer                                   | .1   |
| 2-17-2016  | Email from A.J. Kelly re Motion for Leave to File Amended Answer                    | .1   |
|            | Email from Dr. Pakko re deposition signature and no candidates willing to withdraw | .1   |
| 2-18-2016  | Prep. of Exhibit and Witness List and Exhibits for hrg. on Motion for Preliminary Injunction | .5 |
|            | Email from A.J. Kelly (.1)                                                          | N/C  |

LPAR, et al. v. Martin, etc.                                                     P a g e | 9

| | | |
|---|---|---|
| | Email from Whit Hyman (.1) | N/C |
| | Email to Dr. Pakko re witnesses, testimony, questions, problems w/ candidates, nature of lawsuit and state interest | .3 |
| | Rec. & rev. of email from Dr. Pakko re hrg., election law problems, testimony, other witnesses, and problems w/ nominations | .3 |
| | Email to A.J. Kelly re errata sheet re Dr. Pakko deposition | .1 |
| | TC w/ Dr. Pakko | .1 |
| | Travel to Little Rock from Tulsa (3.8) | N/C |
| | Prep. for hrg. on Motion for Preliminary Injunction | 1.5 |
| | Rec. & rev. of Defendant's Motion for Leave To File Amended Answer | .1 |
| | Rec. & rev. of Brief in Support of Motion for Leave to File Amended Answer | .1 |
| | Email to A.J. Kelly and Plaintiffs' Exhibit 1 | .1 |
| 2-19-2016 | Attendance at Hrg. before Judge Moody on Prel. Injunction (1.9) | N/C |
| | Attendance at Hrg. before Judge Moody on Prel. Injunction | 1.9 |
| | Travel from Little Rock to Tulsa (3.8) | N/C |
| | Email to Richard Winger re hrg. (.1) | N/C |
| 2-22-2016 | Rec. & rev. of Clerk's minutes for proceedings held before Judge Moody on Motion Hearing of Feb. 19, 2016 (.1) | N/C |
| 2-23-2016 | Rec. & rev. of order granting motion for leave To file amended answer from Judge Moody (.1) | N/C |

LPAR, et al. v. Martin, etc.                                      P a g e | **10**

|  |  |  |
|---|---|---|
|  | Rec. & rev. of email from Stacy Hatfield re Judge Moody's denial of Plaintiffs' Motion for Preliminary Injunction and granting in part and denying in part Defendant's Motion to Dismiss | .1 |
| 2-24-2016 | Rec. & rev. of Amended Answer to Complaint By Defendant | .3 |
|  | Email from Richard Winger re case status and Arkansas Amended Answer (.1) | N/C |
|  | Prep. of Fed.R.Civ.P. 26(f) report, and emailing to A.J. Kelly and Whit Hyman w/ possible amendments and changes | .4 |
|  | Email from A.J. Kelly re report and reading Court's order | .1 |
|  | Email to A.J. Kelly re report (.1) | N/C |
|  | Rec. & rev. of Joint Motion to Extend Time To File Report Pursuant to Fed. R. Civ. P. 26(f) | .1 |
| 2-25-2016 | Rec. & rev. re Order denying Motion for Preliminary Injunction and Amended Motion and Denying in Part and Granting in Part Defendant's Motion to Dismiss, and Granting Motion to Extend Time to File Rule 26(f) Report | .2 |
|  | Email to Dr. Pakko and Whit Hyman re decision of Court | .1 |
|  | Email from Kelly re trial | .1 |
|  | Email to A.J. Kelly re telephone conf., bench trial as opposed to cross-motions for summary judgment, and ballot printing | .1 |
|  | Email of decision to Richard Winger (.1) | N/C |
| 2-26-2016 | Email from Dr. Pakko re additional candidate nominations | .1 |
|  | Email to Dr. Pakko re non-jury trial and general election ballots | .1 |

LPAR, et al. v. Martin, etc.                                                    P a g e | **11**

| | | |
|---|---|---|
| 2-28-2016 | Email of revised report to A.J. Kelly | .1 |
| 2-29-2016 | Email from Dr. Pakko (2) re Nominating Convention of February 27, 2016 and list of new nominees | .1 |
| | Email from A.J. Kelly re telephone conf. (.1) | N/C |
| 3-1-2016 | Email from Dr. Pakko re new nominees and delivery of paperwork for State rep candidates to Secretary of State | .1 |
| 3-3-2016 | Prep. of revised report and email to A.J. Kelly re FRCP 26(f) report | .2 |
| 3-4-2016 | Email from Dr. Pakko w/ rejection letters from Rob Hammons, Director of Elections, as to new Libertarian candidates | .1 |
| | Prep. of FRCP 26(f) report | .3 |
| 3-7-2016 | Email to A.J. Kelly re filing of report and suggested changes for revised report | .1 |
| | Email from A.J. Kelly to Kacie Glenn re disagreement as to trial date, length of trial, revised scheduling order | .1 |
| 3-10-2016 | Email from Dr. Pakko re case status | .1 |
| 3-15-2016 | Email from Dr. Pakko (.1) | N/C |
| 4-5-2016 | Email from Richard Winger re case status (.1) | N/C |
| 4-18-2016 | Rec. & rev. of Amended Initial Scheduling Order and Resetting Bench Trial to 8/22/16 from Kacie Glenn | .2 |
| 4-21-2016 | Rec. & rev. of Defendant's Interrogatories and Request for Production of Documents by fax from A.J. Kelly | .2 |
| | Email to A.J. Kelly re Fed. R. Civ. P. 26(f) report, earlier trial date, stipulation as to testimony at preliminary injunction hrg., and witnesses | .1 |

LPAR, et al. v. Martin, etc.                                          P a g e | **12**

|  |  |  |
|---|---|---|
|  | Email from A.J. Kelly re 26(f) report | .1 |
|  | Email from A.J. Kelly of Defendant's discovery request (.2) | N/C |
| 4-22-2016 | Email to Dr. Pakko with attached interrogatories and requests for production of documents and case status | .3 |
|  | Email to Whit Hyman (.1) | N/C |
|  | Email from Richard Winger (.1) | N/C |
|  | Email to A.J. Kelly re Joint Report and new trial date and Joint Stipulations | .1 |
| 4-23-2016 | Prep. of Plaintiffs' interrogatories and requests for production of documents to Defendant and emailing to A.J. Kelly and Andres Rhodes | .6 |
| 4-25-2016 | Email from Dr. Pakko re answering discovery requests from Defendant | .2 |
|  | Email to Dr. Pakko and Whit Hyman re telephone conf., discovery requests, and responses | .1 |
|  | Email from Dr. Pakko re discovery | .1 |
|  | TC w/ Dr. Pakko re case status and discovery | .2 |
|  | Email from A.J. Kelly (.1) | N/C |
| 4-27-2016 | Rec. of proposed Joint Report of the parties FRCP 26(f) from A.J. Kelly | .1 |
| 4-28-2016 | Email from A.J. Kelly re 26(f) report and Rule 16 hrg. | .1 |
|  | Revision of Joint Report of the parties FRCP 26(f) and email to Kelly | .2 |
| 4-29-2016 | Email from Kelly re revision of Joint Report | .1 |
| 5-3-2016 | Emails from A.J. Kelly (2) | .1 |

LPAR, et al. v. Martin, etc.                                            P a g e | 13

| | | |
|---|---|---|
| | Revision of report and email to A.J. Kelly<br>and Whit Hyman of revised report | .2 |
| 5-4-2016 | Emails from A.J. Kelly (3)(.1) | N/C |
| 5-5-2016 | Prep. & filing of Joint Report of the parties<br>Pursuant to Fed. R. Civ. P. 26(f) | .5 |
| 5-9-2016 | Rec. & rev. from A.J. Kelly of Motion for<br>Leave to File Second Amended Answer and<br>Affirmative Defenses and Brief in Support | .1 |
| | Rec. & rev. of proposed Second Amended<br>Answer to Plaintiffs' Complaint via fax<br>from A.J. Kelly | .3 |
| 5-10-2016 | Legal research re Fed. R. Civ. P. 16 and 65<br>re pretrial confs. And use of preliminary<br>injunction transcript on trial on the merits | .5 |
| | Rec. & rev. of Notice of Rule 16 telephone<br>Conference from Kacie Glenn | .1 |
| 5-11-2016 | Email from Whit Hyman re telephone conf.<br>w/ Judge (.1) | N/C |
| | Email to Whit Hyman re telephone conf.<br>w/ Judge | .1 |
| | Rule 16 telephone conference w/ Judge Moody,<br>A.J. Kelly, Andres Rhodes, and Whit Hyman | .3 |
| | Rec. & rev. of Clerk's minutes as to Rule 16<br>Tele. Conf. and bench trial moved to July 11, 2016 | .1 |
| | Email to Whit Hyman re TC w/ Judge Moody | .1 |
| | Email to Richard Winger re case status (.1) | N/C |
| 5-12-2016 | Rec. & rev. of Notice of Appearance for<br>Defendant of Andres F. Rhodes | .1 |
| | Rec. & rev. of Order granting Motion for<br>Leave to File Second Amended Answer | .1 |
| | Rec. & rev. of final Scheduling Order | .1 |

LPAR, et al. v. Martin, etc.                                    P a g e | **14**

|  |  |  |
|---|---|---|
|  | Email from A.J. Kelly re discovery extension | .1 |
|  | Email from Kacie Glenn (.1) | N/C |
| 5-13-2016 | Rec. & rev. of Second Amended Answer to Complaint | .2 |
|  | Rec. & rev. of Amended Final Scheduling Order | .1 |
| 5-20-2016 | TC w/ Dr. Pakko | .2 |
|  | Email to Whit Hyman (.1) | N/C |
| 5-23-2016 | Prep. of Plaintiffs' preliminary discovery response to Defendant's interrogatories and request for Production of documents | .8 |
|  | Email from A.J. Kelly re use of preliminary injunction hearing transcript, proposed witnesses for Defendant, and Bates stamping of exhibits | .1 |
|  | TC w/ Dr. Pakko | .2 |
|  | Email to A.J. Kelly re transcript of preliminary injunction hearing, witnesses, drop box problems, and document delivery extension of time | .2 |
|  | Email to Dr. Pakko and Whit Hyman w/ preliminary Plaintiffs' discovery response, etc. and drop box exhibits for review | .2 |
| 5-24-2016 | Prep. of Plaintiffs' Discovery Response to Defendant's Interrogatories and Requests For Production of Documents to all Plaintiffs w/ attached Exhibits | .8 |
|  | Rec. & rev. of Ltr. from Andres Rhodes and Defendant's Supplemental Initial Disclosures and Responses to Plaintiffs' First Set of Interrogatories and Responses to Plaintiffs' First Requests for Production of Documents | .6 |
| 5-25-2016 | Email to Dr. Pakko re revised response to discovery and corrections and changes | .3 |

LPAR, et al. v. Martin, etc.                                          P a g e | **15**

|  |  |  |
|---|---|---|
| | Email to A.J. Kelly and Andres Rhodes<br>Of Plaintiffs' Discovery Response to<br>Defendant's Interrogatories and Requests<br>for Production of Documents to all Plaintiffs<br>w/ attached Exhibits | .2 |
| | Email from Dr. Pakko re Defendant's Response<br>to Plaintiffs' Discovery Requests | .1 |
| | Email to Dr. Pakko re Defendant's Response<br>to Plaintiffs' Discovery Requests | .1 |
| 5-26-2016 | Email to A.J. Kelly and Andres Rhodes re discovery<br>and Drop Box problem | .1 |
| | Email from A.J. Kelly re depositions and<br>Dr. Pakko's continued deposition | .1 |
| 5-27-2016 | Rec. & rev. of FedEx and ltr. from Andres Rhodes<br>w/ supplement of initial disclosures and responses<br>to Plaintiffs' interrogatories and requests for<br>production, CD rom of Defendant's exhibits,<br>and 2015-2016 election calendar revised | .5 |
| | Rec. & rev. of Notice of Deposition of<br>Michael Pakko from Andres Rhodes | .1 |
| | Email from Whit Hyman re Pakko deposition | .1 |
| | Email to Dr. Pakko re Drop Box (.1) | N/C |
| | Email from Dr. Pakko re access to Drop Box<br>By Mr. Kelly (.1) | N/C |
| | Email to A.J. Kelly re access to Drop Box (.1) | N/C |
| 6-2-2016 | TC w/ Whit Hyman | .1 |
| | Rec. & rev. of by FedEx from Andres Rhodes<br>of Defendant's exhibits | .3 |
| | Emails to Dr. Pakko re verification page,<br>Defendant's discovery responses for review<br>for deposition, and related documents (3) | .2 |

LPAR, et al. v. Martin, etc.                                                     P a g e | **16**

| | | |
|---|---|---|
| 6-3-2016 | Prep. & filing of Joint Status Report | .3 |
| 6-6-2016 | Email from A.J. Kelly re draft of Joint Stipulation of Facts and Exhibits | .1 |
| 6-7-2016 | Prep. of proposed Joint Stipulation of Facts and email to A.J. Kelly, Rhodes, and Hyman | .7 |
| 6-16-2016 | Rec. & rev. of pretrial disclosure sheet by Defendant | .3 |
| 6-17-2016 | Prep. & filing of pretrial disclosure sheet by Plaintiffs | 1.0 |
| 6-20-2016 | Email to Whit Hyman re Dr. Pakko's continued deposition and cost of transcript of hearing of February 19, 2016 | .1 |
| 6-21-2016 | Rec. of notice of transcript of hrg. on Motions held on Feb. 19, 2016 | .1 |
| | Rec. of email from Cheryl Nelson Kellar re transcript of motion hrg. of Feb. 19, 2016 (2)(.1) | N/C |
| | Email to Cheryl Kellar re tr. (2)(.1) | N/C |
| 6-22-2016 | Rev. of tr. of motion hrg. of Feb. 19, 2016 | .8 |
| 6-27-2016 | Rec. & rev. of flash drive and letter from Atty Andres Rhodes re Defendant's Amended Initial Disclosures and Responses to Plaintiffs' Interrogatories and Request for Production and letter | .6 |
| 6-28-2016 | Rec. & rev. of Defendant's Supplemental Pretrial Disclosures | .2 |
| 6-29-2016 | Prep. of Plaintiffs' Proposed Findings of Fact and Conclusions of Law and Plaintiffs' Trial Brief | 1.8 |
| | Email to A.J. Kelly, Andres Rhodes, and Whit Hyman re trial brief, proposed findings of fact and conclusions of law, timing thereof, and agreement as to joint stipulations of fact | .2 |

LPAR, et al. v. Martin, etc.                                    P a g e | **17**

|            | Email from A.J. Kelly re delivery time for briefs, consent as to joint stipulations of fact, drop box documents problem | .1 |
|------------|---|---|
| 6-30-2016 | Email from Whit Hyman re cost of preliminary injunction transcript (.1) | N/C |
|            | Prep. & emailing of Plaintiffs' proposed Findings of Fact and Conclusions of Law to Judge Moody & opposing counsel & Whit Hyman | .3 |
|            | Prep. & emailing of Plaintiffs' trial brief to Judge Moody & opposing counsel & Whit Hyman | .3 |
| 7-1-2016 | Revision of Joint Stipulations of Fact and Emailing To A.J. Kelly, Andres Rhodes, and Whit Hyman | .6 |
| 7-4-2016 | Email to Whit Hyman re Exhibits (.2) | N/C |
| 7-5-2016 | TC w/ A.J. Kelly (3) | .5 |
|            | Prep. of new Joint Stipulations of Fact and email to A.J. Kelly | .6 |
|            | Rec. & rev. of email from Andres Rhodes re Joint Stipulations of Fact | .1 |
|            | Prep. & filing of Joint Stipulations of Fact | .3 |
|            | Rev. of transcript of hrg. of Feb. 19, 2016 | 1.0 |
| 7-7-2016 | Email from A.J. Kelly re Defendant's Exhibit list and phone conf. | .1 |
|            | Rec. & rev. of fax of Defendant's proposed exhibit list (.1) | N/C |
| 7-8-2016 | Email from Kacie Glenn re trial, pretrial matters, witness & exhibits lists, exhibits, and stipulations | .1 |
|            | Rec. & rev. of fax of Defendant's proposed exhibit list (not marked) from Rhodes | .1 |
|            | Email to Kacie Glenn, A.J. Kelly, Andres Rhodes, and Whit Hyman re cell number and possible stipulation as to admission of exhibits | .1 |

LPAR, et al. v. Martin, etc.                                              P a g e | **18**

|  |  |  |
|---|---|---|
|  | Email to Kacie Glenn, A.J. Kelly, Andres Rhodes, Whit Hyman, re admission of exhibits, stipulations, and use of transcript of 2-19-2016 | .1 |
|  | Email from A.J. Kelly to Kacie Glenn re admission of joint exhibit no. 1—transcript | .1 |
|  | Email from A.J. Kelly to Kacie Glenn re stipulations, exhibits, and witnesses | .1 |
| 7-9-2016 | Emails to and from Whit Hyman (4)(.1) | N/C |
| 7-10-2016 | Travel to Little Rock from Tulsa | 3.9* |
|  | Mtg. w/ Dr. Pakko and D. Standiford | 1.2 |
|  | Prep. for trial, review of file, and exhibits | 1.4 |
| 7-11-2016 | Pretrial confs. w/ Dr. Pakko and D. Standiford, William Barger, and Whit Hyman | .4 |
|  | Attendance at trial with Judge Moody, conf. w/ clients and attorneys | 4.3 |
|  | Lunch break confs. w/ Dr. Pakko, D. Standiford, Whit Hyman (.9) | N/C |
|  | Post-trial conf. w/ Dr. Pakko, D. Standiford, & Whit Hyman | .3 |
|  | Travel from Little Rock to Tulsa | 4.1* |
|  | Rec. of Clerk's minute on bench trial, and Rec. for Exhibits by Plaintiffs and Defendant (.1) | N/C |
| 7-13-2016 | Emails to and from Whit Hyman re trial and appeal (4)(.1) | .1 |
| 7-14-2016 | Rec. & rev. of email from A.J. Kelly re filing of Defendant's trial brief | .1 |
|  | Email to A.J. Kelly re permission of Court to file trial brief | .1 |

LPAR, et al. v. Martin, etc.                                                P a g e | **19**

|            |                                                                                                              |      |
|------------|--------------------------------------------------------------------------------------------------------------|------|
|            | TC w/ A.J. Kelly as to power and phone outage in Tulsa, trial brief, and proposals for new law               | .1   |
| 7-15-2016  | Rec. & rev. of Court's decision declaring law unconstitutional but denying ballot injunctive relief for new candidates | .3   |
|            | Email ltr w/ decision to Dr. Pakko, Whit Hyman, & Richard Winger                                             | .3   |
|            | Rec. & rev. of email from Richard Winger re decision (.1)                                                    | N/C  |
|            | Rec. & rev. of email from Whit Hyman Re decision                                                             | .1   |
|            | Email to Hyman (.1)                                                                                          | N/C  |
|            | Rec. & rev. of texts from Hyman (2)(.2)                                                                      | N/C  |
| 7-18-2016  | Rec. & rev. of judgment for Plaintiffs by Court                                                              | .1   |
|            | Email to Whit Hyman re phone conf. w/ Dr. Pakko and Attorney Fee Application                                 | .1   |
|            | Email from Whit Hyman re Attorney Fees                                                                       | .1   |
|            | TC w/ Dr. Pakko, D. Standiford, and Whit Hyman re decision, judgment, and whether to appeal or not, and consultation with LPAR officers | .6   |
| 7-19-2016  | TC w/ A.J. Kelly re State Convention, Presidential electors, deadlines, and possible Appeal by Defendant and/or Plaintiffs | .3   |
|            | TC w/ Dr. Pakko and Whit Hyman                                                                               | .4   |
| 7-20-2016  | Email to Whit Hyman (.2)                                                                                     | N/C  |
| 7-22-2016  | Email from Whit Hyman (.1)                                                                                   | N/C  |
|            | Email to Whit Hyman (2)(.2)                                                                                  | N/C  |
|            | TC w/ Hyman (.2)                                                                                             | N/C  |
| 7-23-2016  | TC w/ Richard Winger (.2)                                                                                    | N/C  |

LPAR, et al. v. Martin, etc.                                          P a g e | 20

| | | |
|---|---|---|
| 7-25-2016 | Prep. of Bill of Costs and Memorandum Brief in Support of Plaintiffs' verified Bill of Costs with supporting exhibits | .7 |
| | Legal Research re attorney fees, judgment, prevailing party, fee standard, and 8th Circuit cases | 2.8 |
| 7-26-2016 | TC w/ Whit Hyman (.2) | N/C |
| | Mtg. w/ Whit Hyman re appeal and attorney fees (.5) | N/C |
| 7-27-2016 | Revision of Bill of Costs and Memorandum Brief in Support of Plaintiffs' verified Bill of Costs with supporting exhibits and filing with court | .4 |
| 7-28-2016 | Mtg. w/ Whit Hyman re possible work duplication, no charge hours, attorney fee motion and exhibits, and adjustments (3.5) | N/C |
| | Prep. of Plaintiffs' Motion to Set Amount of Reasonable Attorney's Fees, Affidavit of James C. Linger, with Exhibits and Plaintiffs' Memorandum Brief in Support Thereof | 2.0 |
| 7-29-2016 | Filing of Plaintiffs' Motion for Reasonable Attorney's Fees, with attached Exhibits, and Plaintiffs' Memorandum Brief in Support of their Motion to Set Amount of Reasonable Attorney's Fees with Affidavits in Support Thereof | .4 |

Total Attorney Hours for James C. Linger          121.6
Less Total No Charge Attorney Hours               - 27.4

Net Attorney Hours @$250.00/hr.*   15.7                    $  3,925.00
Net Attorney Hours @$300.00/hr.    78.5                    $23,550.00
                                                          $27,475.00

LPAR, et al. v. Martin, etc.                                      P a g e | **21**

Costs:

| | |
|---|---|
| 10/8/2015 Certificate of Good Standing | |
| from Court Clerk ND Oklahoma | $18.00 |
| 10/9/2015 Fed-Ex to Whit Hyman | $23.08 |
| 2/18-19/2016 LaQuinta Inn, Little Rock | $96.60 |
| 7/10-11/2016 LaQuinta Inn, Little Rock | <u>$79.70</u> |
| | |
| Total Non-Taxable Costs | <u>$   217.38</u> |
| | |
| Total Chargeable Attorney's Fees and Non-Taxable Costs | $27,692.38 |