IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF ARKANSAS, KRISTIN VAUGHN, ROBERT CHRIS HAYES, DEBRAH STANDIFORD, and MICHAEL PAKKO,          …..Plaintiffs, | ) ) ) ) ) ) | |
| v. | ) ) | Case No. 4:15-cv-635-JM |
| MARK MARTIN, in his official capacity as Secretary of State for the State of Arkansas,                    …..Defendant.) | ) ) ) | |

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "5"

# NON-TAXABLE COSTS AND EXPENSES OF JAMES C. LINGER

```
Court Name: Northern District Oklahoma
Division: 4
Receipt Number: TOK030434
Cashier ID: jnitz
Transaction Date: 10/08/2015
Payer Name: JAMES C LINGER ATTY AT LAW
-----------------------------------
CERTIFICATE OF GOOD STANDING
 For: JAMES C LINGER
  Amount:        $18.00
-----------------------------------
CHECK
  Check/Money Order Num: 1705
  Amt Tendered: $18.00
-----------------------------------
Total Due:      $18.00
Total Tendered: $18.00
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  a $53 fee will
be charged for a returned check."
```

**FedEx Express**

**USA Airbill**

Tracking Number 8386 9469 9280

**1 From** Please print and press hard.

Date 10-9-2015

Sender's FedEx Account Number _____

Sender's Name James C. Linger

Company Law Office

Phone (918) 585-2449

Address 1710 South Boston Ave.

City Tulsa   State OK   ZIP 74119-4810

**Your Internal Billing Reference**
First 24 characters will appear on invoice.

**2 To**

Recipient's Name W. Whitfield Hyman

Company King Law Group

Phone (479) 782-1125

Address 300 North 6th Street

Address _____

City Fort Smith   State AR   ZIP 72901

Form I.D. No. **0200**

**4a Express Package Service** *Packages up to 150 lbs.*

☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** *Packages over 150 lbs.*

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling**

☐ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday

Does this shipment contain dangerous goods?

☒ No   ☐ Yes   ☐ Yes ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

**8 Release Signature** Sign to authorize delivery without obtaining signature.

Total Packages ___   Total Weight ___   Total Declared Value $ .00

**446**

FedEx Use Only

Rev. Date 1/07 · Part #159012 · ©1994–2007 FedEx · PRINTED IN U.S.A.  WCSL 02

# FedEx Office

2828 E 11TH ST
Tulsa, OK 74104

Location:        TULKK
Device ID:       TULKK-POS2
Employee:        2628251
Transaction:     860150985046

---

PRIORITY OVERNIGHT
838694699280        .40 lb (S)            23.08

Shipment subtotal:                        23.08

Total Due:                                23.08

Check:                                    23.08
1708

### DUPLICATE

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

October 10, 2015 4:09:48 PM



**LA QUINTA INN & SUITES LITTLE ROCK DOWNTOWN**
617 SOUTH BROADWAY
LITTLE ROCK, AR 72201
(501) 374-9000

**LINGER, JAMES**
**1230 S. WOASSO**
**TULSA, OK 74120**
**Company: L**

Folio#: 2010446902
Room: 303
Arrival: 02/18/16
Departure: 02/19/16
Returns Club No : P20108202
Voucher/Ship/PO:

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 641649 | 2/18/2016 | Rm: 303 BAR - Best Available Rate | $84.00 | $0.00 | $84.00 |
| 641650 | 2/18/2016 | TAX - OCCUPANCY - CITY | $3.36 | $0.00 | $87.36 |
| 641651 | 2/18/2016 | TAX - OCCUPANCY - STATE | $9.24 | $0.00 | $96.60 |
| 641883 | 2/19/2016 | CC PMT - MASTER CARD  ... 4779 | $0.00 | $96.60 | $0.00 |
| | | | | Balance: | $0.00 |

Signature:

THANK YOU
WE APPRECIATE YOUR BUSINESS

Hotels.com - Hotel rooms with reviews. Discounts and Deals on 85,000 hotels worldwide     Page 1 of 3



Book online or call

800-608-4498 ❶

 **Thanks james, your reservation is confirmed!**

We've emailed your confirmation to bostonbarristers@tulsacoxmail.com
. There's no need to call us to reconfirm. Enjoy your stay!

**Confirmation number:** 130944917907

## Go paperless!

Use our app to access your booking offline and show it to the hotel staff when you check in.

 

See all apps

**Tell your friends you booked a great deal!**





B U F F E T   C O U P O N

befrugal.com/OldCountryBuffet

Free Printable Buffet Coupons.

Latest Coupons - Print, Eat & Save!



 **La Quinta Inn & Suites Little Rock Downtown Conference Ctr.**

 Print your booking

 Manage your booking

**Check in**
Sunday, July 10, 2016 (3 PM-Midnight local time)

**Check out**
Monday, July 11, 2016 (Before Noon local time)

https://www.hotels.com/booking/confirmation.html?GW=2.5&RFD=SEM-HCOM-US-RPL...

Hotels.com - Hotel rooms with reviews. Discounts and Deals on 85,000 hotels worldwide    Page 2 of 3

| Your stay | 1 night, 1 room |
|---|---|
| **Total amount paid** | **$79.70** |

📅 Send to your calendar    ⌄

✉ Email to another address    ⌄

## Little Rock car rental | 10 Jul 2016 - 11 Jul 2016

cartra

Economy    Intermediate    Fullsize    Comp

| $ 64 /day | $ 66 /day | $ 75 /day | $ 60 |
|---|---|---|---|
| **$ 64** total | **$ 66** total | **$ 75** total | **$ 6** tot |
| Book | Book | Book | Bo |

## Your next booking

🔁 **Book again**    Book another room in this hotel.

🔍 **Search again**    Find the perfect hotel for your next trip.

B U F F E

Free Printable Buffet Coupon

**Bathroom** - Private bathroom, shower/tub combination, free toiletries, and a hair dryer
**Practical** - Free local calls, iron/ironing board, and desk; free cribs/infant beds available on request
**Comfort** - Air conditioning and daily housekeeping

## Payment details

| | | |
|---|---|---|
| **Price for room 1** | **Sunday**, July 10, 2016 | $69.31 |
| Tax recovery charges and service fees | | $10.39 |
| **Total amount paid** | | **$79.70** |
| Amount left to pay | | $0.00 |

[x] **Thank you for paying using your Visa ending in 0051. Your booking is guaranteed.** You'll need to pay any additional charges and fees incurred during your stay at the hotel in their local currency.

| | |
|---|---|
| **Cancellation policy** | **Free cancellation until 07/10/16**<br>If you change or cancel your booking after 5:00 PM, 07/10/16 ((GMT-06:00) Central Time (US & Canada)) you will be charged for 1 night (including tax)<br>We will not be able to refund any payment for no-shows or early check-out. |
| **Your contact details** | bostonbarristers@tulsacoxmail.com, 9186953801 |

## Got a question?

If you've already checked in or have questions related to the property, contact La Quinta Inn & Suites Little Rock Downtown Conference Ctr. at +15013749000

For other questions, check out our FAQs, or call our Customer Service team:

**United States of America:**
24 hours a day; 7 days a week.
800-246-8357
This call is free.

You'll need your **Hotels.com Confirmation Number 130944917907.**