

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**SEP 28 2016**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## WESTERN (LITTLE ROCK) DIVISION

**LIBERTARIAN PARTY OF ARKANSAS,**                    **PLAINTIFFS**
**KRISTIN VAUGHN, ROBERT CHRIS HAYES,**
**DEBRAH STANDIFORD, and MICHAEL PAKKO**


**VS.**                          **NO. 4:15-CV-635-JM**


**HONORABLE MARK MARTIN**
**in his official capacity as**
**Arkansas Secretary of State**                        **DEFENDANT**

### NOTICE OF APPEAL

**COMES NOW**, Defendant, Honorable Mark Martin, ("Defendant Secretary"), in his

official capacity as Arkansas Secretary of State, by and through his counsel, for his Notice of

Appeal for the above-referenced case and states the following:

1. Defendant Secretary of State gives notice of appeal from the Order entered by this

   Court on July 15, 2016 (Dkt. No. 49) to the United States Court of Appeals for the

   Eighth Circuit.

2. Defendant Secretary of State gives notice of appeal from the Judgment entered by this Court on July 18, 2016 (Dkt. No. 50) to the United States Court of Appeals for the Eighth Circuit.

3. Defendant Secretary of State gives notice of appeal from the Order denying Defendant Secretary's Motion to Reconsider, Alter, or Amend Judgment (Pursuant to Fed. R. Civ. P. 52, 59(e), and 60) entered on by this Court on September 12, 2016 (Dkt. No. 65) to the United States Court of Appeals for the Eighth Circuit.

4. Defendant Secretary further notifies all parties that he takes this appeal against every named Plaintiff, and challenges every adverse decision of the U.S. District Court at both of the two hearings in this matter.

5. The July 15, 2016 Order (Dkt. No. 49), the July 18, 2016 Judgment (Dkt. No. 50), and the September 12, 2016 Order (Dkt. No. 65) are final appealable orders and subject to jurisdiction by the United States Court of Appeals for the Eighth Circuit.

**WHEREFORE**, and for the foregoing reasons, Defendant Secretary, in his official capacity, hereby notifies the Court and all parties, that he will take an appeal to the United States Court of Appeals for the Eighth Circuit.

Dated this 28th day of September, 2016.

Respectfully submitted,

HONORABLE MARK MARTIN
ARKANSAS SECRETARY OF STATE
In his Official Capacity, Defendant

By: _____
A.J. Kelly
General Counsel and
Deputy Secretary of State
AB No. 92078
PO Box 251570
Little Rock, AR  72225-1570
(501) 682-3401
Fax: (501) 682-1213
kellylawfedecf@aol.com

*Attorney for Defendant*
*Arkansas Secretary of State*

By: _____
Andrés F. Rhodes
Associate General Counsel
Arkansas Secretary of State
AB No. 2016036
NJB No. 155732015
500 Woodlane St., Ste 256
Little Rock, AR  72201
(501) 682-3401
Fax: (501) 682-1213

*Attorney for Defendant*
*Arkansas Secretary of State*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 28th day of September, 2016, I have served the foregoing via the electronic filing system in the Federal District Court Clerk's Office (CM/ECF) and via fax to the following:

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810
Fax: (918) 583-8283

W. Whitfield Hyman
300 North 6th Street
Fort Smith, AR 72901
Fax: (479) 316-2252

Andrés F. Rhodes