# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-3794
_____

Libertarian Party of Arkansas; Kristin Vaughn; Robert Chris Hayes; Debrah Standiford; Michael Pakko

Plaintiffs - Appellees

v.

Mark Martin, in his official capacity as Secretary of State for the State of Arkansas

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:15-cv-00635-JM)
_____

## JUDGMENT

Before WOLLMAN, MELLOY and GRUENDER, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the district court's order dated July 15, 2016, and judgment dated July 18, 2016 are vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

    The district court's September 12, 2016, order awarding costs and attorney's fees is affirmed.

November 30, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans

 16-3794 Libertarian Party of Arkansas , et al v. Mark Martin "judgment filed sua sponte vacated and remanded " (4:15-cv-00635-JM)

ca08ml_cmecf_Notify  to:    11/30/2017 08:25 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 11/30/2017

| | |
|---|---|
| **Case Name:** | Libertarian Party of Arkansas, et al v. Mark Martin |
| **Case Number:** | 16-3794 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The order of July 15, 2016 and the judgment of the originating court, dated July 18, 2016, are vacated and remanded in accordance with the opinion of this court.. The district court's September 12, 2016, order awarding costs and attorney's fees is affirmed. ROGER L. WOLLMAN, MICHAEL J. MELLOY and RAYMOND W. GRUENDER Hrg Sep 2017 [4605328] [16-3794] (Susan Duenow)

**Notice will be electronically mailed to:**

Mr. Michael Fincher: mi.fincher@yahoo.com
Mr. AJ Kelly: kellylawfedecf@aol.com
Mr. James Carter Linger: bostonbarristers@tulsacoxmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Andres Fernando Rhodes, Associate General Counsel: andres.rhodes.law@gmail.com


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**
/opt/ACECF/live/forms/SusanDuenow_163794_4605328_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/30/2017] [FileNumber=4605328-0]
[8aef0295143b4a25208c6dcfe21352d94255d300894fa08425fdda6ac7c304bd4ac1d7e10e362606

a3e289b93c065dc72442200a59f6133721cb1a54d62b93b3]]
**Recipients:**
- Mr. Michael Fincher
- Mr. AJ Kelly
- Mr. James Carter Linger
- Mr. Jim McCormack, Clerk of Court
- Mr. Andres Fernando Rhodes, Associate General Counsel

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4605328
**RELIEF(S) DOCKETED:**
  vacated and remanded
**DOCKET PART(S) ADDED:** 5939784, 5939785, 5939786