IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LIBERTARIAN PARTY OF ARKANSAS,
KRISTIN VAUGHN, ROBERT CHRIS HAYES,
DEBORAH STANDIFORD, AND MICHAEL PAKKO     PLAINTIFFS

V.                         4:15CV00635 JM

MARK MARTIN, in his official capacity as
Secretary of State for the State of Arkansas     DEFENDANT

## ORDER

Pursuant to the Mandate of the United States Court of Appeals for the Eighth Circuit, this Court's Order of July 15, 2016 and Judgment of July 18, 2016 are vacated. The Complaint is dismissed as moot. The Court's Order dated September 12, 2016 awarding attorneys' fees and costs to Plaintiff is affirmed. Plaintiffs are entitled to $27,475.00 for Mr. Linger's fee, $1,216.00 for Mr. Hyman's fee, $217.38 for non-taxable costs, and $711.00 for costs pursuant to 28 U.S.C. § 1920, for a total of $29,619.38. The Defendant's Motion (ECF No. 76) is GRANTED.

IT IS SO ORDERED this 24th day of April, 2018.

_____
James M. Moody Jr.
United States District Judge